## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

Appellate Docket No.:  15-14014
L.T. Case No(s).:  6:14-cv-01556-CEM

---

DUANE WOODMAN

Plaintiff/Appellant,

v.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN
MORTGAGE ACQUISITION TRUST 2006-WF1,

Defendant/Appellee.

---

Appeal from the United States District Court
for the Middle District of Florida

---

## APPELLEE'S RESPONSE IN OPPOSITION TO
## APPELLANT'S MOTION FOR STAY

---

David Hywel Leonard
Florida Bar Number 296376
CARLTON FIELDS
JORDEN BURT, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, Florida 33607
Telephone: (813) 223-7000
Fax: (813) 229-4133
hleonard@carltonfields.com

*Counsel for Defendant/Appellee*

Dean A. Morande
Florida Bar No.  807001
Alexandra D. Blye
Florida Bar Number 71499
CARLTON FIELDS
JORDEN BURT, P.A.
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida  33401
Telephone:  (561) 659-7070
Facsimile:   (561) 659-7368
dmorande@carltonfields.com
ablye@carltonfields.com

107760025.1

## CASE NO.: 15-14014
### *Woodman v. U.S. Bank, etc.*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Appellant has not include a Certificate in his pending motion.  As a result, Appellee, by and through undersigned counsel, and pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, hereby certifies that the following persons or entities may have an interest in the outcome of this litigation:

1.    Alexandra Blye (Counsel for Appellee);

2.    Carlton Fields Jorden Burt, P.A. (Counsel for Appellee);

3.    Arlette Deandrade (former owner of the foreclosed property located at 2344 Pleasant Hill Road, Kissimmee, FL 34746);

4.    Honorable Cynthia C. Jackson, U.S. Bankruptcy Judge;

5.    David Hywel Leonard (Counsel for Appellee);

6.    Honorable Carlos Eduardo Mendoza, U.S. District Judge;

7.    Dean A. Morande (Counsel for Appellee);

8.    U.S. Bank National Association, As Trustee For J.P. Morgan Mortgage Acquisition Trust 2006-WF1 (Appellee);

9.    U.S. Bancorp (NYSE: USB), the parent company of U.S. Bank;

10.    Laurie K. Weatherford (Bankruptcy Trustee);

11.    Wells Fargo Bank, N.A. (Servicer of mortgage loan);

12.  Wells Fargo & Company, the parent of Wells Fargo Bank, N.A.
     (NYSE: WFC) (see the attached Exhibit B for direct and indirect
     subsidiaries of Wells Fargo & Company);

13.  Michael Winston (Counsel for Appellee)

14.  Duane Woodman (Appellant);

15.  Ronald R. Wolfe & Associates, P.L. (Trial counsel for Appellee);


                              /s/  Dean A. Morande
                              Dean A. Morande
                              Florida Bar No.  807001
                              *Counsel for Defendant/Appellee*

107760025.1                        C-2 of 2

**APPELLEE'S RESPONSE IN OPPOSITION TO
APPELLANT'S MOTION FOR STAY**

On May 13, 2016, Appellant Duane Woodman filed a motion to stay this appeal.  According to Woodman, his motion for reconsideration of the order denying his motion for reconsideration stayed review in this Court until the district court resolved the motion.

At the outset, a motion for reconsideration of an order denying reconsideration does not toll proceedings in this Court pursuant to Rule 4.  *See* Fed. R. App. P. 4(A).  In any event, on May 12, 2016, the district court issued its order denying Appellant's latest motion for reconsideration.  A copy of that order is attached as Exhibit A.

For these reasons, Appellant's motion should be denied.

Dated:  May 25, 2016                    Respectfully submitted,

                                         /s/ Dean A. Morande
                                        David Hywel Leonard
                                        Florida Bar Number 296376
                                        CARLTON FIELDS
                                        JORDEN BURT, P.A.
                                        4221 W. Boy Scout Blvd., Suite 1000
                                        Tampa, Florida 33607
                                        Telephone: (813) 223-7000
                                        Fax: (813) 229-4133
                                        hleonard@carltonfields.com

                                        Dean A. Morande
                                        Florida Bar No.  807001
                                        Alexandra D. Blye

1

Florida Bar Number 71499
CARLTON FIELDS
JORDEN BURT, P.A.
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida  33401
Telephone:  (561) 659-7070
Facsimile:   (561) 659-7368
dmorande@carltonfields.com
ablye@carltonfields.com

*Counsel for Defendant/Appellee*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 25th day of May, 2016, I caused the foregoing to be electronically filed using the Court's CM/ECF System, which will send a Notice of Docket Activity to all counsel of record.  A copy of the foregoing will also be sent via U.S. Mail to:  Duane Woodman, 2344 Pleasant Hill Road, Kissimmee, FL 34746, *pro se Appellant*.

/s/  Dean A. Morande
Dean A. Morande
Florida Bar No.:  807001
*Counsel for Defendant/Appellee*

2

**Casazza, Konstantina**

| | |
|---|---|
| **From:** | cmecf_flmd_notification@flmd.uscourts.gov |
| **Sent:** | Thursday, May 12, 2016 2:51 PM |
| **To:** | cmecf_flmd_notices@flmd.uscourts.gov |
| **Subject:** | Activity in Case 6:14-cv-01556-CEM Woodman v. U.S. Bank Order on Motion for Hearing |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Middle District of Florida

#### Notice of Electronic Filing

The following transaction was entered on 5/12/2016 at 2:50 PM EDT and filed on 5/12/2016

**Case Name:** Woodman v. U.S. Bank
**Case Number:** 6:14-cv-01556-CEM
**Filer:**
**WARNING: CASE CLOSED on 08/25/2015**
**Document Number:** 57(No document attached)

**Docket Text:**
**ENDORSED ORDER denying [55] Appellant's Renewed Motion for Reconsideration. The Renewed Motion is nearly identical to Appellant's previous Motion for Reconsideration (Doc. 50) and raises no additional grounds for relief. Thus, it is denied for the reasons set forth in this Court's [54] April 6, 2016 Order. Signed by Carlos E. Mendoza on 5/12/2016. (MDS)**

**6:14-cv-01556-CEM Notice has been electronically mailed to:**

David Hywel Leonard    hleonard@carltonfields.com, lrodriguez@carltonfields.com, tpaecf@cfdom.net

Michael Keith Winston    mwinston@carltonfields.com, kcasazza@carltonfields.com, wpbecf@cfdom.net

Dean Angelo Morande    dmorande@carltonfields.com, kcasazza@carltonfields.com, wpbecf@cfdom.net

Teresa Marie Hair    eservice@wolfelawfl.com, thair@wolfelawfl.com

Alexandra D. Blye    ablye@carltonfields.com, kdemar@carltonfields.com, wpbecf@cfdom.net

**6:14-cv-01556-CEM Notice has been delivered by other means to:**

Duane Woodman
2344 Pleasant Hill Rd.
Kissimmee, FL 34746

## Wells Fargo Subsidiary

1000 Southern Artery Renewal, Limited Partnership

1005 Corp.

110 Monastery Associates, Limited Partnership

1118 Adams Street Urban Renewal, LLC

11J Family Housing, L.P.

1368 Euclid Street L.P.

1515-1517 St. Johns Place, L.P.

2007 Vento II, LLC

2008 Vento III, LLC

2008NY5, LLC

2008PL6, LLC

2011 Vento X, LLC

225 Colorado Partners, LLC

225 North Centre Street Limited Partnership

2nd change to name

3 Bear Energy, LLC

310 S. Mechanics Lofts Limited Dividend Housing Association Limited Partnership

349-59 Lenox LLC

3VR Security, Inc.

43 Apple Hill, LLC

47 Housing Associates, LLC

4th and Lincoln Seniors, LLC

529 West 29th Holdings LLC

529 West 29th LLC

5400 Hollywood Family Apartments, L.P.

651 Southern Associates, L.P.

691 Milpitas Investors, LLC

78 Waukesha, LLC

80 West Allis, LLC

834 Lake Drive Limited Dividend Housing Limited Partnership

A. G. Edwards Technology Partners

A.G. Edwards Capital, Inc.

A4 Wind 1 LLC

A4 Wind 2 LLC

AAI Investment Fund, LLC

Abbington Apartments, LLC

ABS Global Long Short ASP Fund, a series of Alternative Strategies Platform, LLC

ABS Global Long Short II ASP Fund, a series of Alternative Strategies Platform, LLC

ACAS Wachovia Investments, L.P.

ACAS/WCM, LLC

AceLRX Pharmaceuticals, Inc.

Ackridge Office Fund, LLC

ACO Brokerage Holdings Corporation

ACP AOE 1 Limited

ACP AOE 2 Limited

ACP AOE 3 Limited

ACP AOE 4 Limited

ACP AOE 5 Limited

ACP AOE 6 Limited

ACP Borrower Limited

ACP France 1 SARL

ACP France 2 SARL

Adirondack Rock Creek Emerging Markets Fund, LP

Agate Seniors II, LLC

AGE Capital Holding, Inc.

Agency Resources, LLC

AHC Limited Partnership-10

AHC Limited Partnership-11

AHG Tax Credit Fund I, L.L.C.

AHG Tax Credit Fund II, L.L.C.

AHG Tax Credit Fund IX, L.L.C.

AHG Tax Credit Fund V, L.L.C.

AHG Tax Credit Fund VI, L.L.C.

AHG Tax Credit Fund VII, L.L.C.

AHG Tax Credit Fund X, L.L.C.

AHG Tax Credit Fund XII, L.L.C.

AHG Tax Credit Fund XIV, L.L.C.

AHG Tax Credit Fund XVI, LP

AHG Tax Credit Fund XVII, L.P.

AHG Tax Credit Fund XVIII, LP

AILS, Inc.

Airtricity Forest Creek WF Holdco, LLC

Airtricity Roscoe WF Holdco, LLC

Airtricity Sand Bluff WF Holdco, LLC

Alameda Housing Associates, L.P.

Alano Funding, LLC

Alder Crest L.P.

Alder View Senior Housing Limited Partnership

Alhambra Cove Associates, Ltd.

AllBlue ASP Fund, a series of Alternative Strategies Platform, LLC

Alona Place Limited Partnership

Alpha Mill State Credit Partner, LLC

Alta Ridgewaik, L.L.C.

Alternative Income Legends ASP Fund, a series of Alternative Strategies Platform, LLC

Alternative Income Legends II ASP Fund, a series of Alternative Strategies Platform, LLC

Alternative Strategies Managed Futures & Commodities Platform, LLC

Alternative Strategies Platform, LLC

Alternative Strategies Private Equity Bridge Vehicle, LLC

Alternative Strategies Private Equity Platform, LLC

Alternative Strategies Real Estate Platform, LLC

AM/F Managing Member, LLC

AM/F-2 Managing Member, LLC

AM/F-4A Managing Member, LLC

American Community Newspaper Holdings LLC

American Industrial Capital Partners Fund III, L.P.

American Residential Holdings, Inc.

American Securities Company

American Securities Company of Missouri

American Securities Company of Nevada

American Securities Company of New Mexico

American Securities Company of Utah

Anchor Place, L.P.

Andalusia Senior Housing, L. P.

Anderson Place, L.P.

Wells Fargo Subsidiary

Angelo Gordon Partners Select ASP Fund a series of Alternative Strategies Platform, LLC

Antioch Senior Housing Limited Partnership

APC Live Oak I, Ltd

Apollo California Tax Credit Fund XX, LP

Apollo Natural Resources II ASP Fund, a series of Alternative Strategies Private Equity Platform, LLC

Apple Tree Village Partners, L.P.

Apple Valley Leased Housing Associates III, Limited Partnership

Aquia Apts., L.P.

Arbor Cove, Ltd.

Arbors at Hickory Creek L.P.

Arbors at Honey Creek, LP

Arbours at Pierce Creek, LLC

Archer Merrick Limited Partnership

Ardmore City Lights, A California Limited Partnership

Arkansas Affordable Three Limited Partnership

Arkansas Affordable Two Limited Partnership

Arlington Capital Partners, L.P.

Armor Energy, LLC

ART AT BRATTON'S EDGE, LLC

ASGI Private Equity Fund II, L.P.

ASGI Private Equity Fund, L.P.

ASGI Private Equity Partners 1999, L.P.

ASGI Private Equity Partners 2001, L.P.

ASGI Private Equity Partners QP 1999, L.P.

ASGI Private Equity Partners QP 2001, L.P.

Ashland Village, Limited Partnership

Ashmont Investor, LLC

Ashton Court, L.P.

Ashton Hills, L.P.

Ashton Landing, L.P.

Ashton Pointe, L.L.P.

ASI, LLC

Asset Management Affiliates, Inc.

ATC Realty Fifteen, Inc.

ATC Realty Nine, Inc.

ATC Realty One, LLC

ATC Realty Sixteen, Inc.

ATC Realty Three, LLC

Atlanta Housing Equity Fund II Limited Partnership

Atlantic Equity Partners III, L.P.

Augite Pte. Ltd.

Augustus Energy Partners II Holding, LLC

Augustus Ventures, L.L.C.

Aurora Diversified ASP Fund, a series of Alternative Strategies Platform, LLC

Aurora Diversified II ASP Fund, a series of Alternative Strategies Platform, LLC

Aurora Global Opportunities ASP Fund, a series of Alternative Strategies Platform, LLC

Aurora Global Opportunities II ASP Fund, a series of Alternative Strategies Platform, LLC

Aurora GP Holding, LLC

Aurora Ventures V, LP

Avolon Capital Partners (Ireland) AOE 1 Limited

Avolon Capital Partners Limited

Axia Energy, LLC

AZ-#3644 Jackson, LLC

Azalea Asset Management, Inc.

Azure Midstream Holdings LLC

B3 Corp.

Babcock & Brown Wind Portfolio Holdings 1 LLC

Bachon Investments, L.P.

BAFSC/WLC CX HUP I Trust

BAFSC/WLC CX HUP II Trust

BAFSC/WLC CX HUP, Ltd.

Baltic Park, L.P.

Bankers Small Business Community Development Corporation of San Diego County

Barron's B II, LLC

Barron's Branch, LLC

Barrow Aviation Limited

Bascom Village II LLC

Bateman Eichler, Hill Richards Realty Co. Incorporated

Battery Park Senior Housing Limited Partnership

Bay Area Equity Fund I, LP

Bay Park ONE-A LLC

Bay Park TWO-A LLC

Bay Road Housing, L.P.

Bay Street Housing Limited Partnership

BCCCVII, LLC

BCI Growth Fund Liquidating Trust

Beachview, LP

Beacon Center Investment Fund, LLC

Bear River Valley Mental Health, LLC

Beaumont Avenue Apartments, L. P.

Beech Limited Partnership

Beechridge II, LLC

Bell Ridge Associates, LLC

Bella Castello Family Apartments, LP

Belleharbour Apts., L.P.

Belleview L.P.

Belleville Seniors Apts., L.P.

Bellevue Property Holdings, LLC

Bensalem Senior Apartments, L.P.

Benson Tax Advantaged Investors, LLC

Bentley City Lights, A California Limited Partnership

Bergamasco Funding, LLC

Berkeley Teen Center Investment Fund, LLC

Beswick Senior Apartments LLC

Bethlehem Townhomes, L.P.

Betty Anne Gardens, L.P.

BGCN Investment Fund LLC

BGMCO PA, Inc.

BH/IGF Hidden Harbour Apartments, LLC

Bill Barrett Corporation

Biltmore Hills Limited Partnership

Bionic Panda Games Inc.

Biscoe Finance, LLC

## Wells Fargo Subsidiary

Bitterroot Asset Management, Inc.

Black Enterprise/Greenwich Street Corporate Growth Partners, L.P.

BlackRock Special Credit Opportunities ASP Fund, a series of Alternative Strategies Private Equity Platform, LLC

BlackRock Special Credit Opportunities II ASP Fund, a series of Alternative Strategies Private Equity Platform, LLC

Blackstone Real Estate Partners I, LP

Blackwell Exploration & Development, LLC

Blanton Green Associates Limited Partnership

Blanton Green II Associates Limited Partnership

Blitchton Station, Ltd.

BluePoint Holdings Limited

BlueTrend ASP Fund, a series of Alternative Strategies Managed Futures & Commodities Platform, LLC

Blum Strategic Partners, LP

Blumberg Apartments Phase I LP

Boilerworks, LLC

Bois Forte Investment Fund, LLC

Bonanza Pines Limited Partnership

Bordentown Senior Apartments, L.P.

Boston Capital Corporate Tax Credit Fund XL, A Limited Partnership

Boston Capital Corporate Tax Credit Fund XXXIX, A Limited Partnership

Boulder Ventures IV (Annex), LP

Bowler Housing L.P.

Braden Exploration Holdings II, LLC

Bradford Equities Fund III, L.P.

Bradford Equities Fund, L.P.

BRANDES PLACE LIMITED PARTNERSHIP

Brazos Equity Fund, L.P.

Breckenridge Holding Company

Breckinridge Wind Project, LLC

Brentwood Hills Limited Partnership

Brickell View Terrace Apartments, Ltd.

Brisas Del Mar Limited Partnership

Brittlebush Financing, LLC

Broadway City Lights, A California Limited Partnership

Broadway Clinic/Hooper Center Investment Fund, LLC

Bronx Preservation Limited Partnership

Brookwood Senior, LLC

Bryan, Pendleton, Swats & McAllister, LLC

Brynwood Partners IV, L.P.

BSTM Investment Fund, LLC

BT Costa Rican Land, Sociedad De Responsabilidad Limitada

Buchanan Park EAH L.P.

Bucknell Investment Fund, LLC

Buffalo Dunes Wind Project, LLC

Buffalo Gap Holdings 3, LLC

Bull Run Creek Associates, LLC

Bullseye Telecom, Inc.

Burlington City Lights, A California Limited Partnership

Burlington Family Housing, L.P.

Busgary S.A.

Business Development Corporation of South Carolina

C & S Appraisal Services, LLC

Cal Center Investors LLC

Calera Capital Partners II, LP

Calera Capital Partners III, LP

California Affordable Housing Fund - 2006 II, LLC

California Affordable Housing Fund-2006 I, LLC

California Equity Fund 1998 Limited Partnership

California Equity Fund 2000 LP

California Equity Fund 2014 LP

California Equity Fund Limited Partnership

California GP X, LLC

California Smart Growth Fund IV, LP

California Tax Advantaged Intermediate Term Bond Fund

California Tax Advantaged Total Return Bond Fund

Calix, Inc.

Cambridge III, LP

Cambridge Plaza II, L.P.

Camellia Court Apartments Limited Partnership

Canaan Equity II, LP

Cannery Village LLC

Cantebury of Hilliard, Ltd.

Canterbury Heights Limited Partnership

Canyon Balanced ASP Fund, a series of Alternative Strategies Platform, LLC

Canyon Balanced II ASP Fund, a series of Alternative Strategies Platform, LLC

Capco Holdings, Inc.

Capstone Natural Resources Holdings II, LLC

Cardinal International Leasing, LLC

Carlisle Family Homes Limited Partnership

Carlyle Energy Mezzanine Access - ASP Fund, LLC

Carlyle Realty Partners VII ASP Fund, a series of Alternative Strategies Private Equity Platform, LLC

Carlyle Realty Partners VII-II ASP Fund, a series of Alternative Strategies Private Equity Platform, LLC

Carnation Asset Management, Inc.

Carolina Equity Fund V Limited Partnership

Carousel Capital Partners II, L.P.

Carousel Capital Partners, L.P.

Carriage Court Apartments Limited Partnership

Carriage Lane Development Limited Partnership

Caru Associates, L.P.

Carver Crossing Limited Partnership

Castle Pines Capital International LLC

Castle Pines Capital LLC

Catalyst Investors, LP

Cathy's Pointe, Ltd.

CCM Community Development LVIII LLC

CCWE Holdings LLC

CD&R Univar NEP IX Co-Investor, LLC

CD&R Univar NEP VIII Co-Investor, LLC

Wells Fargo Subsidiary

CDE So.Cal Dev.

Cedar Forest Limited Partnership

Cenizo Midstream, LLC

Centennial Wind, LLC

Centennial Wind, LLC

Central Fidelity Capital Trust I

CENTRAL PARK STATION, LLC

Centrum-Ironbridge Limited Partnership

Centurion Casualty Company

Centurion Life Insurance Company

Century Plaza Associates, L.P.

CGT Insurance Company LTD.

CH Holding, LP

Chapelridge of Gardendale Limited Partnership

Chapter IV Investors Special Situations Fund, LP

Charleston Place Limited Partnership

Charter Holdings, Inc.

Chartwell Investments II, L.P.

Chateau Gardens Housing, LLC

Chateau Limited Partnership

Chatham Crossing, L.P.

CHB Capital Partners III, LP

CHDC Buffalo Limited Partnership

CHDC ELLIOT LIMITED PARTNERSHIP

CHDC Longfellow Limited Partnership

CHDC Mahtomedi Limited Partnership

CHDC Morrison Limited Partnership

CHDC Oakland Limited Partnership

CHDC Park Plaza Limited Partnership

CHDC Talmage Green Limited Partnership

CHDC Vadnais Limited Partnership

Chemeketa Investment Fund LLC

Chestnut Asset Management, Inc.

Cheyenne Apartments PPG Limited Partnership

Chicago Growth Partners VIII, LP

China Vest Ltd.

Chisholm Partners III, LP

Chisholm Partners IV, LP

Chisholm View Wind Project, LLC

Cholamandalam Investment and Finance Company Ltd.

CHP II, LP

CID Seed Fund Liquidating Trust

C-III Capital Partners LLC

Cirque Resources LP

City Affordable Housing LLC

City First Capital III, LLC

City First Capital V, LLC

City First Capital XI, LLC

City Market Lofts SCP, LLC

City Market Lofts Tenant, LLC

City Market Lofts, LLC

City Place Buckhead, LLC

Clearinghouse NMTC (Sub 24), LLC

clearXchange, LLC

Clifton Park, LLC

CNB Investment Trust I

CNB Investment Trust II

Coachella Rehab Associates, L.P.

Coastal States Wind Holdings LLC

Cobb Park Townhomes II, L.P.

Cobblestone Landing, L.P.

Cochran Plaza State Credit Partner, LLC

Collin Equities, Inc.

Colorado Highlands Wind, LLC

CoLTS LLC 2005-1

CoLTS LLC 2005-2

CoLTS LLC 2007-1

Columbia at Bells Ferry Partners, L.P.

Columbia at Greens, L.P.

Columbia at Mechanicsville Apartments Middle Tier, LLC

Columbia at Mechanicsville Apartments, L.P.

Columbia at Sylvan Hills State Credit Partner, LLC

Columbia at Sylvan Hills, L.P.

Columbia Commercial, LLC

Columbia Commons, L.P.

Columbia Gardens, L.P.

Columbia High Point Estate, LLC

Columbia Housing/PNC Institutional Fund VII Limited Partnership

Columbia Senior Residences at Mechanicsville Apartments Middle Tier, LLC

Columbia Senior Residences at Mechanicsville Apartments, L.P.

Columbia Senior Residences at MLK, L.P.

Columbia Senior State Credit Partner, LLC

Community Bank of the Bay

Community Equity Fund VI-B Limited Partnership

Community Equity Fund XX Limited Partnership

Congress Credit Corporation

Congress Financial Capital Corporation (Canada)

Consortium America II, LLC

Context360, Inc.

Cook's Court, LLLP

Coral Place Limited Partnership

Corbin Pinehurst ASP Fund, a series of Alternative Strategies Platform, LLC

Corbin Pinehurst Institutional ASP Fund, a series of Alternative Strategies Platform, LLC

CoreStates Capital II

CoreStates Capital III

CoreStates Holdings, Inc.

County Line Partners, L.P.

CP Equity LLC

CPC Global LLC

Cranford Avenue Apartments, L. P.

Creative Choice Homes IX, Ltd.

Creative Choice Homes X, Ltd.

Creative Choice Homes XIX, Ltd.

Creekpointe Associates, L.P.

Crestline Merger Arbitrage Partners

Crocker Properties, Inc.

## Wells Fargo Subsidiary

Croft Place Apartments, L.P.

Cross Atlantic Technology Fund, L.P.

Crosswinds Green Associates Limited Partnership

Crosswinds Green II Associates Limited Partnership

Crown Oil Partners IV, LP

CTB Realty Ventures XXI, Inc.

Cubic Energy Inc.

Dakotas VI, LLC

Dale Bakken Partners 2012, LLC

Dale Oklahoma, LLC

Danube Holdings I C.V.

Danube Holdings III C.V.

Danube I Limited Partner, LLC

Darson Marie RHF Housing Partners, LP

Delaware Equity Fund for Housing Limited Partnership

Delaware Equity Fund for Housing Limited Partnership II

Delaware Valley NonProfit Housing Investment Corporation

DeMuth, Folger & Wetherill, II, L.P.

DESC Interbay Supportive Housing Limited Partnership

Desdemona Limited Partnership

DFG Holdings, LLC

DIME, LLC

Discovery Global Macro ASP Fund, a series of Alternative Strategies Platform, LLC

Diversified Finance Investments, LLC

Dix Street Gateway Redevelopment Partners, LLC

Dom Solar Lessor I, LP

Dorchester Capital Partners ASP Fund, a series of Alternative Strategies Platform, LLC

Douglas Jackson Creek, LLC

Downtown Housing Development Limited Partnership

Downtown Realty Co.

Downtown Revival Limited Partnership

Draper Atlantic Venture Fund II, LP

E3 Owner LLC

Eagle Fund II, L.P.

Eagles Creste Housing Partners, LP

Early Warning Services, LLC

East Side Homes Limited Partnership

Eastdil Secured Broker Services, Inc.

Eastdil Secured, L.L.C.

Eastgate Apartments, Ltd.

Eastgate Properties, L.P.

Eau Claire Housing Limited Partnership

ECM Asset Management Limited

ECM Credit Fund SICAV

ECM Credit Fund SICAV - ECM Absolute Return Credit Fund

ECM Credit Fund SICAV - ECM Dynamic Credit Fund

ECM CREDIT FUND SICAV - ECM Financials Fund

ECM CREDIT FUND SICAV - ECM Short Duration Credit Fund

ECM Holdings Limited

ECM Special Situations (Luxembourg) GP S.a.r.l.

ECM Special Situations (Luxembourg) S.a.r.l.

ECM Special Situations Fund LLC

ECM Special Situations Master Fund SICAV-SIF

ECM Special Situations, Ltd.

Eden South Hayward, L.P.

Edgecombe Preservation LLC

Edgeworth SCP, LLC

Educare Investment Fund, LLC

El Paseo Apartments, L.P., A California Limited Partnership

Elevation Resources Holdings LLC

Elk Grove Pacific Associates, a California Limited Partnership

Elton Owner III LLC

Elysian City Lights, A California Limited Partnership

Emerald Park, A California Limited Partnership

Encino Energy, LLC

Energy Search LP

Energy Special Situations Fund II, L.P.

EnerVest Energy Institutional Co-Investment XII-1A

EnerVest Energy Institutional Co-Investment XII-2A, L.P.

Enervest Energy Institutional Fund IX, L.P.

EnerVest Wachovia Co-Investment Partnership, L.P.

Enfinity WF Solar Trust I

Engagio, Inc

Enhanced Capital New Market Development Fund 43, LLC

Enhanced Capital New Market Development Fund 48, LLC

Enhanced Capital New Market Development Fund 49, LLC

Enhanced Capital New Market Development Fund 50, LLC

Enhanced Capital New Market Development Fund 52, LLC

Enhanced Capital New Market Development Fund 61, LLC

Enhanced Capital New Market Development Fund XV, LLC

Enhanced Capital New Market Development Fund XVII, LLC

Enhanced Capital New Market Development Fund XXI, LLC

Enhanced Capital New Market Development Fund XXVI, LLC

Enhanced Capital New Market Development Fund XXVII, LLC

Enhanced Capital New Market Development Fund XXVIII, LLC

Enhanced Capital Oregon NMTC Investment Fund I, LLC

Enhanced Capital Oregon NMTC Investment Fund II, LLC

Enhanced Capital Oregon NMTC Investment Fund V, LLC

Enterprise WF Equity Fund, LLLP

Ephraim Goldstein Apartments, LP

Equity Fund of Nebraska IX, L.P.

Equity Fund of Nebraska VIII, L.P.

Equity Hedge Legends ASP Fund, a series of Alternative Strategies Platform, LLC

European Credit X S.a r.l.

December 1, 2015

Wells Fargo Subsidiary

European Credit Y S.a r.l.

European Infrastructure Debt - Euro Fund SCSp

European Infrastructure Debt - Euro GP Sarl

European Infrastructure Debt – Sterling Fund SCSp

European Infrastructure Debt – Sterling GP Sàrl

European Infrastructure Debt (SV) - Euro GP Sarl

European Infrastructure Debt (SV) - Euro SCA

European Infrastructure Debt (SV) - Sterling GP Sarl

European Infrastructure Debt (SV) - Sterling SCA

European Senior Secured Fund LLC

EVEREN Capital Corporation

Evergreen Alternative Capital, Inc.

Evergreen ECM Holdings B.V.

Evergreen Wind Power, LLC

EverKey Global Focus (GP), LLC

EverKey Global Focus Fund, LP

EverKey Global Focus Master Limited

EverKey Global Fund, LP

EverKey Global Offshore Master Limited

EverKey Global Partners (GP), LLC

EverKey Offshore Fund, Ltd.

Exaro Energy III, LLC

EyeVerify, Inc.

F2 Owner LLC

Factors Collection Corp.

Fairmont Capital Private Equity Fund, L.P.

Fairview Multifamily LLC

Falcon Asset Management, Inc.

Falcon Ridge Apartments LLLP

Fall River/Bay Village Limited Partnership

Family Healthcare Investment Fund, LLC

Fenton Power Partners I, LLC

Fidelity Trust Limited

Field Stream Apartments Limited Partnership

Fifth Creek Energy Company, LLC

Financial Technology Ventures(Q), L.P.

First Clearing, LLC

First Fidelity Urban Investment Corporation

First International Advisors, LLC

First State Service Corporation

First Union Capital II

First Union Community Development Corporation

First Union Guaranteed Tax Credit Fund I, LLC

First Union Rail Corporation

Floral Oaks Apartments, Ltd.

Florida Housing Tax Credit Fund, Ltd.

Flour Mill Fund, Ltd.

FNL Insurance Company, Ltd

Fond Du Lac Center, LLC

Fore Hoosier Woods Apartments, L.P.

Fore Hoosier Woods II Apartments Limited Partnership

Forefront Capital Advisors, LLC

Forest Glen Ballroom, LLC

Forest Glen Main Master Tenant, LLC

Forest Glen Main, LLC

Forest Oak Apartments II, Limited Partnership

Forge Real Estate Partners III, LP

Forge-Sembler Partners, LLC

Fortress Partners Fund LP

Fortress Special Opportunities ASP Fund, a series of Alternative Strategies Platform, LLC

Fortuna Enterprises, Ltd.

Forum Capital Markets LLC

Forward Energy LLC

Fountain Park Apts., L.P.

Fox Haven Limited Partnership

Foxchase Village Apartments LP

Foxchase Village Middle Tier, LLC

Fr Bach II Housing LLC

Franklin Ridge, LLC

Fremont Strategic Property Partners, L.P.

Fresh Foods Investment Fund, LLC

Frontenac VIII Limited Partnership

Frontier Transition Housing, L.C.

Fry Foods Enhanced Investment Fund, LLC

Fullerton Towers Holdings, LLC

FUNC Holdings, Inc.

G Lamp Owner LLC

G.C. Leasing, Inc.

G/WDC 541 N Fairbanks, LLC

GAI Agility Income Fund

GAI Aurora Opportunities Fund, LLC

GAI Aurora Special Onshore Asset Holdings, Inc.

GAI Corbin Multi-Strategy Fund, LLC

GAI Mesirow Insight Fund, LLC

GAI Special Asset Holdings, Inc.

Galliard Capital Management, Inc.

Garden-Howe Urban Renewal Associates, L.P.

Garnet LIHTC Fund IV, LLC

Garnet LIHTC Fund XIV, LLC

Gates of Ballston State Credit Investor, LLC

Gateway Apartments Limited Partnership

Gateway China Fund I

Gateway-Seward Associates, Limited Partnership

Gatwick Senior Village, L.P.

GBC Investment Fund, LLC

GDT Investment Fund, LLC

Gear Wind LLC

General Capital Partners L.P.

General Homes Corp.

Generation Capital Partners L.P.

Genesis L.A. Real Estate Fund, LLC

Genesis Strategic Capital, LLC

Genesis VC Partners IX, LLC

Genesis VC Partners X, LLC

Genesis VC Partners XI, LLC

Genesis VC Partners XII, LLC

Wells Fargo Subsidiary

Genesis VC Partners XIII, LLC

Genstar Capital Partners III, L.P.

Georgia Avenue Redevelopment LP

Georgia Las Brisas, LP

GHG Newport Landing Limited Partnership

GHW Acquisition Corp.

Girard Street Community Partners LLC

Glam Media, Inc.

Glen Arbor of Carolina, LLC

Glenburn Associates Limited Partnership

Glenview Partners ASP Fund, a series of Alternative Strategies Platform, LLC

Global Acquisition LLC

Global Alternative Investment Services, Inc.

Global Macro Legends ASP Fund, a series of Alternative Strategies Managed Futures & Commodities Platform, LLC

Global Private Equity IV, L.P.

Glory Street LLC

Goense Bounds & Partners A, LP

Golden Capital Management, LLC

Golden Funding Company

Golden Manor, L.P.

Golden West Savings Association Service Co.

Goldenrod Asset Management, Inc.

GoldenTree Credit Opportunities ASP Fund, a series of Alternative Strategies Platform, LLC

GoldenTree Credit Opportunities II ASP Fund, a series of Alternative Strategies Platform, LLC

Golfview Associates Limited Partnership

Goodbread Hills, Ltd.

Grace Mary Manor, LLC

Grafton 66, LLC

Graham Alternative Investment ASP Fund, a series of Alternative Strategies Managed Futures & Commodities Platform, LLC

Graham Alternative Investment II ASP Fund, a series of Alternative Strategies Managed Futures & Commodities Platform, LLC

Graham Global Discretionary ASP Fund, a series of Alternative Strategies Managed Futures & Commodities Platform, LLC

Gramax Associates, Limited Partnership

Grande Court Kissimmee Associates, Ltd.

Grass Creek North I Limited Partnership

GRE U.S. Property ASP Fund, a series of Alternative Strategies Real Estate Platform, LLC

Great Hill Equity Partners II, L.P.

Great Hill Equity Partners Limited Partnership

Greater Atlanta Brokerage Solutions, LLC

Green Gables Apartments II, Ltd

Green Gables Apartments, Ltd.

Greenfield Funding, LLC

Greenleaf Village of Groveland, Ltd.

Greenridge Apartments, LLC

Greenwich Street Capital Partners II, L.P.

Gresham Commodities ASP Fund, a series of Alternative Strategies Managed Futures & Commodities Platform, LLC

Gresham Commodities II ASP Fund, a series of Alternative Strategies Managed Futures & Commodities Platform, LLC

Gridspace, Inc.

Grundy Gardens II Senior Apartments, L.P.

GS Bridgeport I CDE, LLC

GS Private Equity Partners IX ASW Fund, LLC

Guggenheim Concinnity Multi-Strategy Fund LP

GulfTex Energy III, LP

Gulftex Karnes EFS, LP

GWLS Holdings, LLC

Haciendas Senior, LP

HADBO Investments C.V.

Hagerstown Robinwood Senior Associates, LLC

Halcyon Multi-Strategy ASP Fund, a series of Alternative Strategies Platform, LLC

Halcyon Multi-Strategy II ASP Fund, a series of Alternative Strategies Platform, LLC

Halifax Capital Partners, L.P.

Hanover Village Associates, LLC

Hanover/FUDC Master Limited Partnership

Harbinger/Aurora QP Venture Fund, L.L.C.

Harbinger/Aurora QP Venture Fund, LP

Harrier Funding, LLC

Harris Redevelopment Partnership II, L.P.

Harris Redevelopment State Credit Partner, L.L.C.

Haskell Limited Partnership

Hatteras Venture Partners III, LP

Haven for Hope Investment Fund, LLC

Hawkeye Wind, LLC

Hawthorne Court, LLC

Haymount Manor Associates Limited Partnership

Heatherwilde Estates Housing, LLC

Helm Chesapeake Limited Partnership

Helm General Corporation

Helm Pacific Corporation

Helm-Pacific Leasing

Hemma II, Ltd.

Heritage Square Housing Partners, L.P.

Heritage Village at Longwood, Ltd.

HHC Mezzanine D, LLC

HHG I, LLC

HHG II, LLC

High Meadows Associates, L.P.

Highland Financial Trust

Highland Gardens, L.P.

Hilltop Preserve Limited Partnership

Historic West Elementary, LLC

Homes at Berlin Limited Partnership

Homes for Aberdeen Limited Partnership

Homestead Equity Fund A

Homestead Equity Fund A - Washington Limited Partnership

Homestead Equity Fund B-Oregon Limited Partnership

Homestead Equity Fund II Limited Partnership

Homestead Equity Fund Limited Partnership

Homestead Equity Fund XI Limited Partnership

December 1, 2015

## Wells Fargo Subsidiary

Homestead Equity Fund XII Limited Partnership

Hope Apartments, LLC

Hornets Basketball Holdings, LLC

Hotel Julian Community LLC

Housing Equity Fund of Virginia III, L.P.

Housing Equity Fund of Virginia VII, L.L.C.

Hudson Housing Tax Credit Fund VIII LP

Humble Parkway Apartments Limited Partnership

Hunter Creek Apartments of Palmer, Limited Partnership

HV Partners 2, LP

HV Partners Block 10, LP

Hyattsville Center, LLC

Hyattsville Property Holdings, LLC

Hybrid Portfolio I, Ltd.

I Square Apts., L.P.

IAG Holdings Inc.

IAG Holdings, Inc.

Iapetus Funding, LLC

IDI 3-2007, LLC

iMATCHative, Inc.

Impact CDE 51 LLC

Inflexion Fund, L.P.

Intersouth Partners IV, L.P.

Intersouth Partners V, L.P.

IntraWest Asset Management, Inc.

Investcorp/(212) Ventures Technology Fund I, L.P.

Iowa Street Senior Housing Partners, L.P.

Island Finance Holding Company, LLC

Island Finance Puerto Rico, Inc.

Island Finance Sales Finance Corporation

Island Finance Sales Finance Trust

Island Living Apartments, Ltd

Itasca LBO Partners VI, LLP

Itasca LBO Partners VII, LLP

Itasca Mezzanine Partners II, LLC

Itasca Mezzanine Partners III, LLC

Itasca Mezzanine Partners IV, LLC

Itasca NEC, L.L.C.

Itasca Partners IX, LLC

Itasca Partners VIII, LLC

Itasca Partners X, LLC

Itasca VC Partners VI, LLC

Itasca VC Partners VI-A, LLC

Itasca VC Partners VII, LLP

Itasca VC Partners VII-A, LLC

Itasca VC Partners VIII, LLP

ITASCA VI 2012, LLC

ITASCA VII 2012, LLC

ITASCA VIII 2012, LLC

Jacksonville Affordable Housing, Ltd.

Jamestown Rowhomes Limited Partnership

Jamestown Woods Limited Partnership

JC-Warren MI, LLC

JERSEY CENTER/FIDOREO, INC.

JNB Platteville Family, LP

JNB Villas at Fox Pointe, LP

Johnston Mill Lofts, LP

Johnston Mill Master Tenant, LP

Jones Energy Holdings LLC

JPSD, Inc.

Juneau Affordable Rentals 2, LLC

Juneau Affordable Rentals, LLC

KAG Property LLC

Kalorama Special Products Fund SPC, Ltd.

Kansas Fund X, L.P.

Kasisto, Inc.

Katie Manor, Ltd.

Kekaha Elderly Partners, LP

Kensington Court Apartments, LP

Kensington of Kissimmee Ltd.

Key Tax Credit Investment Partners No. 11, L.P.

Keystone Property Fund IIA, L.P.

Killdeer Capital Company, LLC

Kimberlite Frontier Africa Fund (US), L.P.

Kimberlite Frontier Africa Fund GP, LLC

Kimberlite Frontier Africa Fund GP, Ltd.

Kimberlite Frontier Africa Fund Offshore, L.P.

Kimberlite Frontier Africa Master Fund, L.P.

Kinder Park Housing Partnership I LP

King City Pacific Associates, a California Limited Partnership

Kingsbury Terrace State Credit Partner LLC

Kingstowne Associates, L.L.C.

Kirby Manor, L.P.

KKR Special Situations ASP Fund, a series of Alternative Strategies Private Equity Platform, LLC

KKR Special Situations II ASP Fund, a series of Alternative Strategies Private Equity Platform, LLC

Knik Manor Senior Housing Limited Partnership

Komondor Funding, LLC

KSA Partners, A California Limited Partnership

La Fontaine Owners LLC

Lafayette Family Urban Renewal Associates, L.P., an Urban Renewal Entity

Laguna Pointe Associates, Ltd.

Lakeside Village Residences, LLC

Lakewood Terrace, LP

Landfill Portfolio, LLC

Landmark Equity Partners XIV ASP Fund, LLC

Landmark Equity Partners XV ASP Fund, a series of Alternative Strategies Private Equity Platform, LLC

Langwick Senior Residences, L.P.

Laurel Park Apartments II, LTD

Laurel Park Apartments, Ltd.

Laurel Pointe II, LLC

Laurel Pointe of Salisbury Limited Partnership

Laurel Pointe, LLC

Leeds Equity Partners III, L.P.

Legg Mason Capital Partners II-B, L.P.

Legion Manor Associates Limited Partnership

Wells Fargo Subsidiary

Leland O'Brien Rubenstein Associates, inc.

LendingClub Corporation

LES Project Holdings LLC

Liberty Commons Associates, L.C.

Liberty Midtown Properties, L.C.

Liberty Pass, LLC

Lieutenant's Run, L.P.

Lincoln Building Corporation

Lincoln Square, L.P.

Linden Lake, LLC

LMC Millenia Holdings, LLC

LMI Naperville Crossing LLC

Logan's Pointe Associates, Ltd.

Long Point Capital Fund, L.P.

Longhill Grove, L.P.

Longview Green Associates Limited Partnership

Longwood Vista Apartments, LP

Lordship LLC

Loris Gardens, LLC

Lott Port Redevelopment Associates, L.P.

LRHC Enhanced Investment Fund, LLC

LRHC RDF Investment Fund, LLC

Lufkin ITPP Housing II, LP

Lumien Apartments LLC

LWO Limited Partnership #113

LWO LIMITED PARTNERSHIP #114

Lynhurst Park, L.P.

Lyric Housing, Ltd.

M4 Midstream, LLC

MAA/NCF Sub-CDE, LLC

Macro*World Research Corporation

Madam C.J. Walker LLC

Madison Crossing, L.P.

Madison Meadows, LP

Maggie L. Walker Governor's School Tenant, L.P.

Magic Valley Wind Farm, LLC

Magnolia Arbor, L.P.

Magnolia Circle, L.P.

Magnolia Creste, L.P.

Magnolia Heights, L.P.

Magnolia Village, LP

Magnolia Walk Apartments II, Ltd.

Magnolia Walk Apartments, Ltd.

Manor Ridge Limited Partnership

Maple Knoll Renewal LLC

Marcus Garvey Preservation LLC

Marina Towers Melbourne, LLC

Marshall Enhanced Investment Fund, LLC

Marshall Field Preservation, L.P.

Marshall Wace Eureka ASP Fund, a series of Alternative Strategies Platform, LLC

Maryland Heights, A California Limited Partnership

Maryland Housing Equity Fund III Limited Partnership

Mastiff Funding, LLC

MBA Arkansas, LLC

mBlox Incorporated

MBS-UI SUB-CDE XVIII, LLC

MCDowell Regatta, LLC

MDI Limited Partnership #71

MDWHF Partners LLC

Meadow Landing I, L.P.

Meadowmont JV, LLC

Meadows at Brier Creek, LLC

MECO IV, LLC

Medina Leased Housing Associates I, Limited Partnership

Melbourne Atlantic Joint Venture

Merced Investment Fund, LLC

Mercy Housing California 61, L.P.

Mercy Housing California 65, L.P.

Mercy Housing Georgia I, L.L.L.P.

Meridian Investment Fund, LLC

Meridian Point Senior Apartments Limited Partnership

Meridian Venture Partners

Meridian Venture Partners II, L.P.

Meritage Energy Company - WF

Meritage Energy Company - WFCP

Merritt Community Capital Fund V, L.P.

Merritt Community Capital Fund VI, L.P.

Merritt Community Capital Fund VII, L.P.

Mesa Energy Partners, LLC

Mesirow Alternative Strategies ASP Fund, a series of Alternative Strategies Platform, LLC

Mesirow Institutional Multi-Strategy ASP Fund, a series of Alternative Strategies Platform, LLC

Metro South Senior Apartments Limited Partnership

Metropolitan West Capital Management, LLC

MHEG Fund 42, LP

MHEG Fund 44, LP

MHI - South Carolina, LLC

MHI Syndicated Holdings - 2010, LLC

MHIC-WF I LLC

Miami River Park Associates, Ltd.

MicroInvestors, LLC

Mid-City Community CDE - Operating Fund, LLC

Mid-Peninsula Capital, LLC

Midtown Square, L.P.

Milford Highlands PA, LLC

Military Family Home Loans, LLC

Minot Place Limited Partnership

Miramar City Lights, A California Limited Partnership

Misfit Wearables Corporation

Mission Bay Block 7 Housing Partners, L.P.

Mission San Elizario, Ltd.

Mission Village of Greeley, LLC

MM Pointe, Ltd.

MMA Renewable Ventures Solar Fund III, LLC

Monarch Place Apts. LP

Montgomery Homes L.P. IX

Montgomery Homes Limited Partnership X

Monument Peak, LLC

Monument Street Funding, LLC

Wells Fargo Subsidiary

Monument Street Funding-II, LLC

Morganite Pte. Ltd.

Morgans Ridge II, LLC

Morgans Ridge, LLC

Moscow Development Limited Partnership

MotionSavvy, Inc.

Mount Royal Emerging Markets Fund, Ltd.

Mountain Park Apartments LLLP

MP Foster Square Associates, L.P.

MP Springs Family Associates, L.P.

MP Westlake Associates, L.P.

MPEG Special Fund II, L.P.

MPEG Wells Fargo Special, L.P.

MRC X, LLC

Mt. Vernon Middle Tier, LLC

Muklung Manor Apartments Associates, Limited Partnership

Mulberry Asset Management, Inc.

Mulberry SCP L.P.

Multi-Strategy Legends ASP Fund, a series of Alternative Strategies Platform, LLC

Multi-Strategy Legends II ASP Fund, a series of Alternative Strategies Platform, LLC

MV Affordable Housing Associates Limited Partnership

MVP Distribution Partners

MW1-2002, LLC

Nantucket Bay Limited Partnership

National Corporate Tax Credit Fund X

National Equity Fund 1993 Limited Partnership

National Equity Fund 1994 Limited Partnership

National Equity Fund 1995 Limited Partnership

National Equity Fund 1996 Limited Partnership

National Equity Fund 1999 Limited Partnership

National Equity Fund 2000 LLC

National Equity Fund 2001 LLC

National Equity Fund 2014 LP

National Tax Advantaged Total Return Bond Fund

Native American Bancorporation Co.

NB Crossroads XVIII ASP Fund, LLC

NB Private Debt ASP Fund, a series of Alternative Strategies Private Equity Platform, LLC

NCIF New Markets Capital Fund XVII CDE, LLC

NCT Exchange, LLC

NDC Corporate Equity Fund II, L.P.

NDC Corporate Equity Fund III, L.P.

NDC Corporate Equity Fund IV, L.P.

NDC Corporate Equity Fund V, L.P.

Nebraska Fund XIII, L.P.

Nebraska Fund XVII, LP

NEC IX, LLC

NEC VIII, LLC

NEF Regional Fund V - Chicago LP

NeighborCare Health Investment Fund, LLC

Neighborhood Bancorp

Nelson Capital Management, LLC

NeoCarta Ventures, L.P.

New Boston Institutional Fund, L.P. VII

New Dalton IA LLC

New Jersey Housing Opportunity Fund II, L.L.C.

New Jersey Housing Opportunity Fund, L.L.C.

New Markets Investment 63, LLC

New Markets Investment XIII, LLC

New York Business Development Corporation

Newbridge Latin America, L.P.

Newtowne Court LLC

NFPS, LLC

NH Enhanced Investment Fund, LLC

NHPAHP Cedar Creek Crossing Limited Partnership

NJCC CDE Mercer LLC

NNE Holding LLC

NNMF Sub-CDE IX, LLC

Non Metro Ventures, L.L.C

Noro-Moseley Partners V, L.P.

North Carolina Economic Opportunity Fund, L.P.

North Carolina Equity Fund II Limited Partnership

North Dakota Small Business Investment Company, LP

North Hart Run, Inc.

North Parcel Residential Intergenerational II LLC

North Parcel Residential Intergenerational LLC

North Plains Energy II, LLC

North Red Oak Limited Partnership

North Shore Preservation DP, L.P.

North Sky II LLLP

North Sky III LLLP

Northaven Partners, L.P.

Northridge 400 Ventures, LLC

Northstar Mezzanine Partners III L.P.

Northwest Capital Partners II, LP

Northwinds Renewal LLC

Norwest Auto Finance, Inc.

Norwest Center, Inc.

Norwest Equity Capital, L.L.C.

Norwest Equity Partners IX, LP

Norwest Equity Partners VI, LP

Norwest Equity Partners VII, LP

Norwest Equity Partners VIII, LP

Norwest Equity Partners X, LP

Norwest Financial Canada DE, Inc.

Norwest Financial Funding, Inc.

Norwest Limited LP, LLLP

Norwest Mezzanine Partners II, LP

Norwest Mezzanine Partners III, LP

Norwest Mezzanine Partners IV-Debt, LP

Norwest Mezzanine Partners IV-Equity, LP

Norwest Properties Holding Company

Norwest Strategic Capital, LP

Norwest Venture Advisors Private Limited

Norwest Venture Capital Management, Inc.

December 1, 2015

## Wells Fargo Subsidiary

Norwest Venture Partners Advisory - Mauritius

Norwest Venture Partners FII Singapore Private Limited

Norwest Venture Partners FVCI Singapore Private Limited

Norwest Venture Partners FVCI-Mauritius

Norwest Venture Partners IX, LP

Norwest Venture Partners Singapore Private Limited

Norwest Venture Partners VI, LP

Norwest Venture Partners VI-A, LP

Norwest Venture Partners VII, LP

Norwest Venture Partners VII-A Mauritius

Norwest Venture Partners VII-A, LP

Norwest Venture Partners VIII, LP

Norwest Venture Partners X - Mauritius

Norwest Venture Partners X FII - Mauritius

Norwest Venture Partners X, LP

Norwest Venture Partners XI, LP

Norwest Venture Partners XII, LP

Norwest Venture Partners XIII, LP

Nuevo Midstream, LLC

Nuveen Georgia Dividend Advantage Municipal Fund 2

Nuveen Massachusetts Premium Income Municipal Fund

Nuveen Pennsylvania Investment Quality Municipal Fund

NVP Associates, LLC

NVP Israel Ltd

NVP Venture Capital India Private Limited

NWRECC Idaho Affordable Housing Preservation LP

Oak Haven Senior Living, LLC

Oak Park 2, LP

Oak Valley Resources, LLC

Oaks at Brier Creek, LLC

Oakshire Trails LLLP

Oaktree Real Estate Debt ASP Fund, a series of Alternative Strategies Private Equity Platform, LLC

Oakwood Medical Investors IV (QP), L.L.C.

Oakwood Medical Investors V, L.L.C.

Ocean MSS Investors, LLC

Ocean View Holdco, LLC

Oconee Springs II, L.P.

Ocular Holdings, Inc.

ODC Selborne House Limited Partnership

Officer Submission Slate

OFFIT Multi-Strategy Fund, Ltd.

Olde Towne Associates, LP

Olden Street Partners LLC

OmniPlus Capital Corporation

One Pleasant Green Place, Ltd.

One SDI, Ltd.

ORC Tax Credit Fund 10, LLC

ORC Tax Credit Fund 14, LLC

ORC Tax Credit Fund 24, LLC

ORC Tax Credit Fund 28, LLC

Orcutt Property Holdings, LLC

Oregon Equity Fund II Limited Partnership

Oregon Equity Fund IV Limited Partnership

Orthman Enhanced Investment Fund, LLC

Osage Holdings, LLC

Overlook at Brook Run Associates, L.P.

Overlook at Brook Run II Associates, L.P.

Oxmoor Center, LLC

Pacific Horizon Partners III, LP

Pacific Park, L.P.

Pacific Venture Group II, L.P.

PAK Mortgage, LLC

Pal Office Holdings, LLC

Palacio Associates LLC

Palladium Equity Partners II, L.P.

Palmer & Cay Reinsurance Services, LLC

Paloma Terrace RHF Partners, L.P.

Pamlico Capital II ASP Fund, LLC

Pamlico Capital II, L.P.

Pamlico Capital Secondary Fund, L.P.

Pamlico Capital Secondary, L.P.

Panther Energy Company II, LLC

Paradigm Venture Partners, LLC

Parc Grove Commons Northwest, L.P.

Park and Marsh Seniors, LLC

Parkland Associates, L.P.

Parkland Manor, L.P.

Parkland Senior Housing, LP

Parkside Park City Limited Partnership

Parkview Heights, L.P.

Parkview-Soldotna Associates, Limited Partnership

Parmer Villas Housing, L.P.

Partnership Investments S.à.r.l.

Partnerships Hope VIII, LLC

Partnerships of Hope XI, LLC

PC Gurnee, LLC

PCCP CAPITAL II, L.P.

PCCP Capital III, Inc.

PCCP Credit VIII Lender, LLC

PCCP CREDIT VIII, L.P.

Pegasus Villas, Ltd.

Pelican Asset Management, Inc.

PennEnergy Resources, LLC

Pennsylvania Housing Opportunity Fund II

Pennsylvania Housing Opportunity Fund, LTD.

Peony Asset Management, Inc.

Peregrine Capital Management, Inc.

Perseus Capital City Fund, L.P.

Petaluma Marina Office Investors LLC

Petersburg Library Investment Fund, LLC

Petro Ventures, LLC

Peyton Ridge Community, Ltd.

PFC Exchange, LLC

PFC Gas Liquids, LLC

Pheasant Asset Management, Inc.

PHH Funding, LLC

Phoenix Realty Tax Credit Fund V L.P.

PHVW LLLP

Phyllis Wheatley Redevelopment LLC

Pico Quantitative Trading Holdings LLC

**Wells Fargo Subsidiary**

Pinnacle Pines, Ltd.

Pittsburgh Phase I, LP

Pittsburgh Phase II, LP

Pittsburgh State Credit Partner, LLC

Playa Escondida Housing, LLLP

Pleasant Valley Courtyards Housing, L.P.

PLZ Aeroscience Corporation

PNCA Enhanced Investment Fund, LLC

Pohlig SCP, L.P.

Porter Commons Apartments, LP

Power Gas Marketing & Transmission, Inc.

Prairie Rose Wind, LLC

Preferred Funding S.a.r.l.

Preferred Investments S.a.r.l.

Preferred Motor Sports Risk Purchasing
Group, LLC

Premium Timberland Sales, Inc.

PRI Enhanced Investment Fund, LLC

Prime Era Investments Limited

Prime Valuation Services, LLC

Primrose Asset Management, Inc.

Primrose Houston I Housing, L.P.

Primrose Houston South Housing, L.P.

Primrose SA IV Housing, L.P.

Principal Enhanced Property ASP Fund, a
series of Alternative Strategies Real Estate
Platform, LLC

Private Export Funding Corporation

PRN Holdings, LLC

Professional Building, LLC

Promenade at Creekside Housing Partners,
L.P.

Proteus Biomedical, Inc.

Proteus Digital Health, Inc.

Prudence Crandall Fund III, LLC

PSH State Investor, LLC

Pueblo Nuevo Housing Associates, L.P.

Pumi Funding, LLC

Putnam Gardens LLC

PWP Asset Based Income ASP Fund, a
series of Alternative Strategies Platform,
LLC

PWP Asset Based Income II ASP Fund, a
series of Alternative Strategies Platform,
LLC

Pyrenees Funding, LLC

Quail Asset Management, LLC

Quantegy, Inc.

Queen Lane Apartments, L.P.

QuestPoint L.P., Inc.

Quill Apts., L.P.

Quincy Street Owners, LLC

Quinten Road Funding LLC

R. B. C. Corporation

Raeford Green Associates Limited
Partnership

Raymond James Indian Country Tax Credit
Fund I L.L.C.

RBP Round Two Office Investors LLC

RC Kenwood Fund Ltd.

RC Woodley Park, LP

RDP 24 LLC

REACH Orenco II LLC

Real Sincere Group Limited

Red Bluff Resources Holdings, LLC

Redstone Equity Fund II, L.P.

REDUS AD, LLC

REDUS Alabama Commercial, LLC

REDUS Alabama, LLC

REDUS ALK, LLC

REDUS Arizona, LLC

REDUS Arlington Ridge FL Land, LLC

REDUS Arlington Ridge FL, LLC

REDUS Atlanta Housing, LLC

REDUS Atlanta Subdivisions, LLC

REDUS Beau View Towers, LLC

REDUS Beauview Condos, LLC

REDUS Broadway AA, LLC

REDUS Bundoran Farms, LLC

REDUS CA Properties, LLC

REDUS Charlotte Housing, LLC

REDUS Colorado, LLC

REDUS Dallas TX, LLC

REDUS DE, LLC

REDUS Delaware, LLC

REDUS EL, LLC

REDUS Emerald Green, LLC

REDUS Ferguson, LLC

REDUS FL Properties, LLC

REDUS Florida Commercial, LLC

REDUS Florida Condos, LLC

REDUS Florida Housing, LLC

REDUS Florida Land, LLC

REDUS Frederica Club, LLC

REDUS Frederica, LLC

REDUS Georgia Commercial, LLC

REDUS Greensboro Subdivisions, LLC

REDUS Halifax Landing, LLC

REDUS Houston, LLC

REDUS Illinois, LLC

REDUS Indiana, LLC

REDUS Kentucky, LLC

REDUS Lake Wilson, LLC

REDUS LH SC, LLC

REDUS LH, LLC

REDUS LV, LLC

REDUS McCar Homes, LLC

REDUS MD Land, LLC

REDUS Mississippi Land, LLC

REDUS Mississippi, LLC

REDUS NC Coastal, LLC

REDUS NC Commercial, LLC

REDUS NC Land, LLC

REDUS NC-ALL, LLC

REDUS Nevada, LLC

REDUS New Jersey, LLC

REDUS NH Sewer Co, LLC

REDUS NH Water Co, LLC

REDUS NWP, LLC

REDUS Ohio, LLC

## Wells Fargo Subsidiary

REDUS One, LLC

REDUS OR Land, LLC

REDUS PDG, LLC

REDUS Peninsula Millsboro, LLC

REDUS Pennsylvania, LLC

REDUS PG, LLC

REDUS Piemonte, LLC

REDUS Properties, Inc.

REDUS Raleigh Housing, LLC

REDUS Reno, LLC

REDUS RG, LLC

REDUS SC Coastal, LLC

REDUS SC Housing, LLC

REDUS Seneca, LLC

REDUS South Carolina, LLC

REDUS SVTC, LLC

REDUS Texas Land, LLC

REDUS TN-ALL, LLC

REDUS TRG II, LLC

REDUS TRG III, LLC

REDUS TRG, LLC

REDUS Twin Lakes, LLC

REDUS TX Properties, LLC

REDUS VA Housing, LLC

REDUS Virginia Commercial, LLC

REDUS Virginia Subdivisions, LLC

REDUS Wakefield, LLC

Reliable Finance Holding Company

Reliable Finance Holding Company, LLC

Reliable Financial Services, Inc.

Reliable Insurance Services Corp.

Reliance Crossing Limited Partnership

RELS Management Company, LLC

RELS Title Services, LLC

RELS, LLC

Renaissance Finance II, LLC

Renaissance Partners Limited Partnership

Renewable Ventures Solar Fund V, LLC

Republic Energy Ventures, LLC

Reservoir Hill Limited Partnership IX

Reservoir Hill Limited Partnership X

Reservoir Hill Limited Partnership XI

Reservoir Hill Limited Partnership XII

Rexburg Pacific Associates, an Idaho Limited Partnership

Rhine Investment Holdings, LLC

Richmond Pacific Associates, a California Limited Partnership

Richmond Park, L.L.C

Rigil Funding, LLC

River Bay Townhomes, L.P.

River Capital Partners IV, LP

River IV, L.P.

River Roads Senior State Credit Partner, LLC

River Roads Senior, Limited Partnership

Riverside Urban Renewal Limited Partnership

Riverwind Investors, LLC

Riverwoods Tollgate LLC

RLH Investors II, L.P.

RLH Investors, L.P.

Robert Saligman Apartments, LP

Robins Landing, L.P.

ROC Asia Pacific II ASP Fund, LLC

ROCHESTER MEADOWS, Limited Partnership

Rock Creek 1848 Fund L.P.

Rock Creek 1848 GP, LLC

Rock Creek Adams Fund Series LLC

Rock Creek Adirondack GP, LLC

Rock Creek Austin Fund, L.P.

Rock Creek Austin GP, LLC

Rock Creek Connecticut LLC

Rock Creek Emerging Markets Fund Offshore L.P.

Rock Creek Emerging Markets Fund SPC, Ltd.

Rock Creek Emerging Markets GP, Ltd.

Rock Creek Empire Fund GP, LLC

Rock Creek Empire Fund, L.P.

Rock Creek Fort Reno Series LLC

Rock Creek Fund (E), Ltd.

Rock Creek Georgetown Fund, Ltd.

Rock Creek Glen Echo Fund, Ltd.

Rock Creek GP Holdings, LLC

Rock Creek Human Capital Fund, Ltd.

Rock Creek Limestone Emerging Markets, L.P.

Rock Creek Limestone GP, LLC

Rock Creek Mozarkite Emerging Markets Fund, L.P.

Rock Creek Mozarkite Emerging Markets GP, LLC

Rock Creek Penn Quarter GP, LLC

Rock Creek Penn Quarter, L.P.

Rock Creek Potomac Fund SPV, Ltd.

Rock Creek Potomac Fund, Ltd.

Rock Creek Spring Valley Opportunities Onshore Fund GP, LLC

Rock Creek Two Harbors Emerging Market Fund, LLC

Rock Creek Whitehurst EM Series LLC

Rock Creek Whitehurst Series LLC

Rock Island Hillside Associates, L.P.

Rock Oil Company, LLC

Rockaway Seagirt Limited Partnership

Rocky Caney Wind, LLC

Rocky Creek SC, LP

Rocky River Project LLC

ROCMultifamily & Commercial Office Fund III LP

Rooftop Energy Holdings, LLC

Roosevelt Tower-I, LLC

RORI Property Holdings, LLC

Rose Harbor Limited Partnership

Rose Park Place, Limited Partnership

Rosedale II, LLC

Rosehill West Associates Limited Partnership

Rosemont Manor, Ltd.

Royalton Apartments, Ltd.

Wells Fargo Subsidiary

Royalty Acquisition Company, LLC

Ruby Asset Management Inc.

Rufina Senior Housing Limited Partnership

Rural Community Insurance Agency, Inc.

Rural Community Insurance Company

RVF Advisors, LLC

Ryder Exchange, LLC

Ryder WF Leasing

S. H. E. Associates, L. P.

Safe Haven II, LLC

Safehold Special Risk, Inc.

Saga Resources Partners LLC

Sagamore Street Associates, L.P.

Sagebrush Asset Management, Inc.

Sagetree RHF Housing Partners, LP

Saguaro Asset Management, Inc.

Saint Paul Capital Fund, LLC

Salvo Finance GP

San Diego Creek Apartments, Ltd.

Sandalwood Terrace of Ludowici L.P.

Sandhills Independent School Campus Association LLC

Sandisol Investment Fund, LLC

Saranor Apartment Limited Partnership

Savannah Community Development Corporation

Savings Associations Financial Enterprises, Incorporated (S.A.F.E., Inc.)

Sawmill Lofts Limited Partnership

SC Realty, LLC

SCG Funding, LLC

Scurry County Wind LP LLC

SDC Ewing Court, LP

SDC Ewing Investments, L.P.

SDC Luxar Investments, LP

SE Independent Banker Financial Corp

Sea Pines, L.P.

Seattle Subsidiary Investment Fund X LLC

Security Financial Resources, Inc.

Seer Capital Partners ASP Fund, a series of Alternative Strategies Platform, LLC

Seer Capital Partners II ASP Fund, a series of Alternative Strategies Platform, LLC

Senior Cottages of Shippensburg, Ltd.

Settlers Trail Wind Farm, LLC

Shanghai Commercial Bank Limited

Shannon River Doonbeg ASP Fund, a series of Alternative Strategies Platform, LLC

Sharmon Palms Lane Associates, L.P.

Shellbrooke Pointe Apartments, Ltd.

Shenandoah Station L.P.

Shepherd Ventures II, L.P.

Sheridan Place of Bradenton Ltd.

Shiloh Wind Project 2, LLC

Shotspotter, Inc.

Shugart Enterprises, LLC

Siena Gardens Limited Partnership

Siguler Guff BRIC Opportunities II ASW Fund, LLC

Siguler Guff Distressed Real Estate ASP Fund, LLC

Siltstone Capital Fund II, LP

Siltstone Capital Fund, LP

Silver Asset Management, Inc.

Sirena Apparel Group, Inc.

Sirius Funding, LLC

Site 15 Affordable Associates LLC

Site 2 DSA Affordable MT LLC

SITE 5 UNIT 1 MASTER TENANT LLC

SKB Qualified Fund I, LP

Skyward IO, Inc

SoCo Community Development Company, LLC

Solstice Investments LP

Solution Delivery, LLC

Somerset Apts., L.P.

Sonata at Riverpark Partners, LP

South Carolina Equity Fund I Limited Partnership

South Common I Limited Partnership

South Street Lofts SCP L.P.

South Street Lofts Tenant L.P.

Southcross Energy LLC

Southern California Smart Growth Fund I, LLC

SouthTrust Community Reinvestment Company, LLC

SouthTrust Mobile Services Funding Corporation

Southview Green Associates Limited Partnership

Southwest Housing Opportunity Fund VI, Ltd.

Southwest Partners, Inc.

Southwest Village Limited Partnership

Sparta GP Holding REO Corp.

Sparta GP Holding, LLC

SPC Partners II, LP

Special Needs Housing, L.L.C.

Spell Capital Partners Fund III, LP

Spring Brook Meadows I, L.L.C.

Spring Cypress Water Supply Corporation

Spring Gate Manor Limited

Square 50 Affordable Housing LLC

SR 70 Land Bradenton, LLC

SSCO III Holding Company, LLC

St. Augustine Villas Housing, L.P.

St. Charles Place, L.P.

St. Mary's Investment Fund, LLC

St. Paul Leased Housing Associates VI, LLLP

St. Phillip Villas, L.P.

St. Vincent de Paul Investment Fund, LLC

Stagecoach Wagon Wheel, Inc.

Standard Slate

Stanton Glenn Limited Partnership

Statesville Airport Park, LLC

Steeplechase Apartments II, Ltd.

Steeplechase Apartments, Ltd.

Sterling Bradenton, LLC

Stone Mountain Place Limited Partnership

Stonehenge Community Development 112, LLC

Stonehenge Community Development 97, LLC

Stonehenge Community Development 98, LLC

December 1, 2015

Wells Fargo Subsidiary

Stonehenge Community Development XXIV, LLC

Stonehenge Oregon NMTC Investment Fund II, LLC

Storm Ventures Fund III, L.P.

Strata WF Solar Statutory Trust

STRATS, LLC

Structured Asset Investors, LLC

Structured Credit Partners, LLC

Structured Principal Strategies Holdings, LLC

Structured Principal Strategies, LLC

Sugar Mill Associates, Ltd.

Summer Crest Apts, L.P.

Summerfield Investments, LLC

Summerhouse Housing Associates, L.P.

Summerland Heights III, L.P.

Summitt PELs Funding LLC

Summitt PELs Trust 2002

Sun Pointe Park Apartments Limited Partnership

SunAmerica Affordable Housing Partners 125, Nevada Limited Partnership

Sundance Village Limited Partnership

Sunday Breakfast Mission Investment Fund, LLC

Sunset City Lights, A California Limited Partnership

Sunset Ridge I, LLLP

Superior Guaranty Insurance Company

Sutherland Park, L.P.

Swansgate Apts II, LP

Sweetroot Funding, LLC

Sweetwater 4-5 Holdings, LLC

Sycamore Plaza Investment Fund, LLC

Symphony Communication Services Holdings, LLC

Symphony Software Foundation

Synthetic Fixed-Income Securities, Inc.

TAI Title Trust

Tamarack Mezzanine Partners, L.P.

TAP Automotive Holdings LLC

TAPL, LLC

Tarryhill Associates, L.P.

Tatanka WF, LLC

Tatanka WFH, LLC

Taxable Intermediate Term Bond Fund

Taylor County Land GA, LLC

TAYLORR LAKES/FIDOREO, INC.

TCB Bowling Green III Limited Partnership

TCB Bowling Green Limited Partnership

TCB Marshall Manor III Limited Partnership

TCB Marshall Manor Limited Partnership

TCB Sub-CDE VIII, LLC

TCB-DVI Calvert Place LLC

TCB-DVI Main Street Townhomes LLC

TCF A/GA-1, LLC

TCF A/NC-1, LLC

TCF AEG/GA, LLC

TCF AM/F, LLC

TCF AM/F-2, LLC

TCF AM/F-4A, LLC

TCF AM/F-4B, LLC

TCF BA/F-G, LLC

TCF BO/F, LLC

TCF BOH/H-1, LLC

TCF BOH/H-2, LLC

TCF C/F, LLC

TCF C/F-2, LLC

TCF CON/GA, LLC

TCF GW/F, LLC

TCF GW/GA, LLC

TCF GW-2, LLC

TCF HH/GA, LLC

TCF JH/GA, LLC

TCF JP/F, LLC

TCF JP/GA, LLC

TCF JPM/F, LLC

TCF JPM/F-2, LLC

TCF JPM/F-3, LLC

TCF M/F-1, LLC

TCF P/GA-2, LLC

TCF P/MO-1, LLC

TCF S/GA, LLC

TCF U/GA-2, LLC

TCF U/GA-3, LLC

TCF U/MO, LLC

TCF UB-1, LLC

TCF USB/F, LLC

TCF WF-3, LLC

TCF WF-4, LLC

TCF WF-5, LLC

TCIG Guaranteed Tax Credit Fund I, LLC

TCIG Guaranteed Tax Credit Fund II, LLC

TCIG Guaranteed Tax Credit Fund III, LLC

TCIG Guaranteed Tax Credit Fund IV, LLC

TCIG Guaranteed Tax Credit Fund V, LLC

TCIG Guaranteed Tax Credit Fund VI, LLC

TCIG Guaranteed Tax Credit Fund VII, LLC

TCIG Historic Tax Credit Fund I, LLC

TCIG NC State Credit Fund, LLC

TCIG Tax Credit Fund I, LLC

TCIG Tax Credit Fund II, LLC

TDF LP

Temple City Lights, A California Limited Partnership

test company 2

TE-WF Solar Trust

Texas Systems and Controls, Inc.

TG 110 Lexington, LP

The Campus Carlsbad, LLC

The Clearinghouse Community Development Financial Institution

The Critchlow, LLC

The Edge LLLP

The Enterprise Multifamily Opportunity Fund I, LLC

The First Union Foundation

The Florida Community New Markets Fund II, LLC

The Legacy at Walton Village, L.P.

Wells Fargo Subsidiary

The Maples Limited Partnership

The Marlborough Capital Investment Fund, L.P.

The OFFITBANK High Yield Fund, Ltd.

The Ratnakar Bank Limited

The Reserve at Ivy Creek, L.P.

The Ridges At Mountain Harbour, LLC

The Rock Creek Group (UK) Ltd.

The Rock Creek Group, LLC

The Rock Creek Group, LP

The Thirty-Eight Hundred Fund, LLC

The Villages at Tarpon, LLC

The Wachovia Wells Fargo Foundation, Inc.

Thirty-Eight Hundred Holdings, LLC

Thirty-Eight Hundred Investments Limited

THOF Dallas Fund, LTD.

THOF IV, Ltd.

THOF V, Ltd.

Thomasville Hampton Apartments, L.P.

Thomson Senior Residences, L.P.

Tiberius Ventures, L.L.C.

Timber Run Limited Partnership

Timberlake Apts LP

TL Ventures, IV, LP

TMF Sub-CDE XXI, LLC

TMS Special Holdings, Inc.

TMS Student Holdings Inc.

Tobacco Row Phase II Associates, L. P.

Topaz Asset Management Inc.

Totten Tower, L.P.

Tower 2 Apartments, L.P.

Tower Park, L.P.

Town Center North Apartments, LLLP

Trade School Finance LLC

Transcend Collateral Management, LLC

Transportation Equipment Advisors, Inc.

TRF NMTC Fund XXXI, LP

TRG I LLC

Triad Apartment Portfolio, LLC

Triborough Preservation LLC

Tricadia Credit Strategies ASP Fund, a series of Alternative Strategies Platform, LLC

Tricadia Credit Strategies II ASP Fund, a series of Alternative Strategies Platform, LLC

Tristream Co-invest LP

Trivest Fund III, LP

Tropicana Las Vegas Hotel and Casino, Inc.

TRSTE II, Inc.

TRSTE, Inc.

Tryon Management, Inc.

Tupelo Vue, LLC

Tuscan Place II Limited Partnership

Tuscan Place Limited Partnership

TW Container Leasing Ltd.

TWC Eighty-Eight, Ltd.

TWC Eighty-Four, Ltd.

TWC Eighty-Nine, Ltd.

TWC Eighty-Seven, Ltd.

TWC Eighty-Three, Ltd.

TWC Ninety-Eight, Ltd.

TWC Ninety-Four, Ltd.

TWC Ninety-Nine, Ltd.

TWC Ninety-One, Ltd.

TWC Ninety-Seven, Ltd.

TWC Ninety-Three, Ltd.

TWC Ninety-Two, Ltd.

TWC Seventy-Eight, Ltd.

TWC Seventy-Five, Ltd.

TWC Seventy-Four, Ltd.

TWC Seventy-Nine, Ltd.

TWC Seventy-Six, Ltd.

TWC Seventy-Three, Ltd.

TWC Seventy-Two, Ltd.

TWC Sixty-Eight, Ltd.

TWC Sixty-Five, Ltd.

TWC Sixty-Four, Ltd.

TWC Sixty-Seven, Ltd.

TWC Sixty-Six, Ltd.

TWC Twenty-Five, Ltd.

TWC Twenty-Nine, Ltd.

TWC Twenty-Two, Ltd.

Two Horn Investors LLC

TX Acme A South Housing, LP

TX CDE III LLC

TX Crist Housing, L.P.

TX Garth Housing, L.P.

TX Hampton Villas, L.P.

TX John West Housing, L.P.

Tyro Funding, LLC

UBOC Guaranteed Tax Credit Fund V, L.L.C.

UBOC Guaranteed Tax Credit Fund VII, L.L.C.

Union Hamilton Reinsurance, Ltd.

United Petal, LLC

Unity National Bank

Unity Park Limited Dividend Housing Association LLC

Universal Credit S.A.

UNIVERSAL CREDIT S.A. - Compartment T

Universal Master Servicing, LLC

Uni-World Capital, LP

Urban Partnership Bank

US Mena Transformation Fund I, LLC

US Venture Partners IV, LP

Utah Ventures II, LP

UTFC Fund II, LLC

Val 9 Housing Partners, L.P.

Valley Asset Management, Inc.

Valley Safe Haven, LLC

Valley Woods I, L.C.

Valuation Information Technology, L.L.C.

Valuation Ventures, LLC

VCP-Alderman Park Partners, Ltd.

VCP-Carlington, LLC

VCP-Roosevelt Building, Ltd.

VCP-SB Associates, LTD.

Ventana Cove Apartments LP

Ventana Real, LLC

## Wells Fargo Subsidiary

Vento WF, LLC

Verde Palms, Ltd.

Vermillion Huntersville, LLC

Vestcor Fund XIV, Ltd.

Vestcor Fund XIX, Ltd.

Vestcor Fund XVI, Ltd.

Vestcor Fund XX, Ltd.

Vestcor Fund XXII, Ltd.

Vestcor-WR Associates, Ltd.

Victoria Capital Corporation

Vidor Twelve Oaks, LP

Viewpointe Archive Services, L.L.C.

Villa Capri Apartments Limited Partnership

Villa Montecito Associates, A California Limited Partnership

Villa Sierra Madre II LLLP

Villages at Warner Ranch PUD, LP

Villas at Fallen Spruce, LLC

Violet Asset Management, Inc.

Visium Healthcare Partners ASP Fund, a series of Alternative Strategies Private Equity Platform, LLC

Vista Point Apartments Limited Partnership

Volunteers LIHTC LLC

VOT Limited Partnership

VS&A Communications Partners, L.P.

vSpring, L.P.

VSS Mezzanine Partners, LP

W.C.A. Service Corporation, Inc.

W/A Tax Credit Fund 2003-I, LLC

Wachovia Asia Limited

Wachovia Asset Securitization Issuance II, LLC

Wachovia Asset Securitization Issuance, LLC

Wachovia Asset Securitization, Inc.-Converted to LLC

Wachovia Capital investments, Inc.

Wachovia Capital Partners 2002, LLC

Wachovia Capital Partners 2005, LLC

Wachovia Capital Partners Secondary Fund I, L.P.

Wachovia Capital Partners, Inc.

Wachovia Capital Trust II

Wachovia Capital Trust III

Wachovia Community Development Corporation

Wachovia Community Development Enterprises I, LLC

Wachovia Community Development Enterprises II, LLC

Wachovia Community Development Enterprises III, LLC

Wachovia Community Development Enterprises IV, LLC

Wachovia Community Development Enterprises V, LLC

Wachovia Community Development Enterprises XIX, LLC

Wachovia Community Development Enterprises XVII, LLC

Wachovia Community Development Enterprises XVIII, LLC

Wachovia Community Development Enterprises XX, LLC

Wachovia Community Development Enterprises XXI, LLC

Wachovia Community Development Enterprises, LLC

Wachovia Corporate Investments

WACHOVIA CRE CDO 2006-1 INVESTOR LLC

WACHOVIA CRE CDO 2006-1 LLC

Wachovia CRE CDO 2006-1, Ltd.

Wachovia Defeasance 175 Jackson III LLC

Wachovia Defeasance 39510 North Gavilan LLC

Wachovia Defeasance 601 Valley III LLC

Wachovia Defeasance 8800 Broadway III LLC

Wachovia Defeasance Alta Mira Shopping Center LLC

Wachovia Defeasance AmericasMart Real Estate III LLC

Wachovia Defeasance Aventura Mall III LLC

Wachovia Defeasance BACM 2001-PB1 III LLC

Wachovia Defeasance BACM 2001-PB1 III LLC

Wachovia Defeasance BACM 2002-2 LLC

Wachovia Defeasance BACM 2003-1 LLC

Wachovia Defeasance BACM 2005-5 III LLC

Wachovia Defeasance BACM 2005-6 III LLC

Wachovia Defeasance BACM 2006-1 III LLC

Wachovia Defeasance BACM 2006-2 III LLC

Wachovia Defeasance BACM 2006-5 III LLC

Wachovia Defeasance BACM 2010-K7 III LLC

Wachovia Defeasance BOA-FUNB 2001-3 CAC V-CRIT Portfolio LLC

Wachovia Defeasance BOA-FUNB 2001-3 III LLC

Wachovia Defeasance BOA-FUNB 2001-3 LLC

Wachovia Defeasance BSCM 2004-PWR3 III LLC

Wachovia Defeasance BSCM 2006-PWR12 III LLC

Wachovia Defeasance BSCM 2006-TOP22 III LLC

Wachovia Defeasance BSCMS 1999-C1 II LLC

Wachovia Defeasance BSCMS 1999-C1 III LLC

Wachovia Defeasance BSCMS 1999-WF2 III LLC

Wachovia Defeasance BSCMS 1999-WF2 LLC

Wachovia Defeasance BSCMS 2000-WF2 III LLC

Wachovia Defeasance BSCMS 2001-TOP2 III LLC

Wachovia Defeasance BSCMS 2001-TOP4 III LLC

Wachovia Defeasance BSCMS 2002-PBW1 III LLC

Wachovia Defeasance BSCMS 2002-PBW1 LLC

Wachovia Defeasance BSCMS 2002-TOP6 III LLC

Wachovia Defeasance BSCMS 2002-TOP8 III LLC

Wachovia Defeasance BSCMS 2003-PWR2 III LLC

Wachovia Defeasance BSCMS 2003-TOP10 III LLC

Wells Fargo Subsidiary

Wachovia Defeasance BSCMS 2003-Top10 LLC

Wachovia Defeasance BSCMS 2003-TOP12 III LLC

Wachovia Defeasance BSCMS 2003-Top12 LLC

Wachovia Defeasance BSCMS 2004-PWR3 LLC

Wachovia Defeasance BSCMS 2004-PWR4 III LLC

Wachovia Defeasance BSCMS 2004-PWR5 III LLC

Wachovia Defeasance BSCMS 2004-PWR6 III LLC

Wachovia Defeasance BSCMS 2004-TOP14 III LLC

Wachovia Defeasance BSCMS 2004-TOP16 525 Vine Street LLC

Wachovia Defeasance BSCMS 2004-TOP16 III LLC

Wachovia Defeasance BSCMS 2005-PWR10 III LLC

Wachovia Defeasance BSCMS 2005-PWR7 III LLC

Wachovia Defeasance BSCMS 2005-PWR8 III LLC

Wachovia Defeasance BSCMS 2005-PWR9 III LLC

Wachovia Defeasance BSCMS 2005-TOP18 III LLC

Wachovia Defeasance BSCMS 2005-TOP20 III LLC

Wachovia Defeasance BSCMS 2006-PWR11 III LLC

Wachovia Defeasance BSCMS 2006-PWR13 III LLC

Wachovia Defeasance BSCMS 2006-PWR14 III LLC

Wachovia Defeasance BSCMS 2006-TOP24 III LLC

Wachovia Defeasance BSCMS 2007-PWR15 III LLC

Wachovia Defeasance BSCMS 2007-PWR16 III LLC

Wachovia Defeasance BSCMS 2007-PWR17 III LLC

Wachovia Defeasance BSCMS 2007-PWR18 III LLC

Wachovia Defeasance BSCMS 2007-TOP26 III LLC

Wachovia Defeasance BSCMS 2007-TOP28 III LLC

Wachovia Defeasance Caplease CDO 2005-1 III LLC

Wachovia Defeasance CCMT 2007-MF1 III LLC

Wachovia Defeasance CD 2006-CD2 III LLC

Wachovia Defeasance CD 2007-CD4 III LLC

Wachovia Defeasance Chase 1999-2 II LLC

Wachovia Defeasance Chase 1999-2 III LLC

Wachovia Defeasance CHASE 2000-1 III LLC

Wachovia Defeasance CHASE 2000-2 III LLC

Wachovia Defeasance CHASE 2000-3 III LLC

Wachovia Defeasance Chase-FUNB 1999-1 II LLC

Wachovia Defeasance Chase-FUNB 1999-1 III LLC

Wachovia Defeasance Citigroup 2004-C1 CF West Palm LLC

Wachovia Defeasance Citigroup 2004-C1 III LLC

Wachovia Defeasance Citigroup 2004-C1 LLC

Wachovia Defeasance Citigroup 2004-C1 Seaboard Associates LLC

Wachovia Defeasance Citigroup 2005-C3 III LLC

Wachovia Defeasance Citigroup 2006-C5 III LLC

Wachovia Defeasance Citigroup 2007-C6 III LLC

Wachovia Defeasance Citigroup 2012-GC8 III LLC

Wachovia Defeasance Citigroup 2013-GC15 III LLC

Wachovia Defeasance Citigroup 2013-GCJ11 III LLC

Wachovia Defeasance CMAC 1999-C1 LLC

Wachovia Defeasance CMLB 2001-1 III LLC

Wachovia Defeasance CMLB 2001-1 LLC

Wachovia Defeasance COBALT 2006-C1 III LLC

Wachovia Defeasance Cobalt 2007-C2 III LLC

Wachovia Defeasance Cobalt 2007-C3 III LLC

Wachovia Defeasance COMM 2004-LNB2 III LLC

Wachovia Defeasance COMM 2009-K3 III LLC

Wachovia Defeasance COMM 2010-C1 III LLC

Wachovia Defeasance COMM 2012-CCRE1 III LLC

Wachovia Defeasance COMM 2012-CCRE2 III LLC

Wachovia Defeasance COMM 2012-CCRE4 III LLC

Wachovia Defeasance Crest 2003-2 III LLC

Wachovia Defeasance CSFB 1997-C1 LLC

Wachovia Defeasance CSFB 1997-C2 III LLC

Wachovia Defeasance CSFB 1997-C2 LLC

Wachovia Defeasance CSFB 1998-C2 II LLC

Wachovia Defeasance CSFB 1998-C2 III LLC

Wachovia Defeasance CSFB 2001-CK3 III LLC

Wachovia Defeasance CSFB 2001-CK3 LLC

Wachovia Defeasance CSFB 2001-CKN5 LLC

Wachovia Defeasance CSFB 2002-CKP1 LLC

Wachovia Defeasance CSFB 2002-CKS4 LLC

Wachovia Defeasance CSFB 2002-CP5 LLC

Wachovia Defeasance CSFB 2003-C3 LLC

Wachovia Defeasance CSFB 2003-C5 LLC

Wachovia Defeasance CSFB 2003-CPN1 LLC

Wachovia Defeasance CSFB 2004-C1 LLC

Wachovia Defeasance CSFB 2004-C2 LLC

Wachovia Defeasance CSFB 2004-C3 III LLC

Wachovia Defeasance CSFB 2005-C1 III LLC

Wachovia Defeasance CSFB 2005-C2 III LLC

Wachovia Defeasance CSFB 2005-C3 III LLC

Wachovia Defeasance CSFB 2005-C6 III LLC

Wachovia Defeasance CSFB 2005-C6 III-KEYCORP LLC

Wachovia Defeasance CSFB 2006-C1 III LLC

Wachovia Defeasance CSFB 2006-C2 III LLC

Wachovia Defeasance CSFB 2006-C3 III LLC

Wachovia Defeasance CSFB 2007-C2 III LLC

Wachovia Defeasance CSFB 2007-C4 III LLC

Wachovia Defeasance CVS Series 2005 Trust LLC

**Wells Fargo Subsidiary**

Wachovia Defeasance DBUBS 2011-LC1 III LLC

Wachovia Defeasance DBUBS 2011-LC2 III LLC

Wachovia Defeasance DBUBS 2011-LC3 III LLC

Wachovia Defeasance DLJ 1998-CG1 II LLC

Wachovia Defeasance DLJ 1998-CG1 III LLC

Wachovia Defeasance DLJ 1999-CG1 II LLC

Wachovia Defeasance DLJ 1999-CG1 III LLC

Wachovia Defeasance DLJ 1999-CG2 II LLC

Wachovia Defeasance DLJ 1999-CG2 III LLC

Wachovia Defeasance DLJ 1999-CG2 LLC

Wachovia Defeasance DLJ 1999-CG3 II LLC

Wachovia Defeasance DLJ 1999-CG3 III LLC

Wachovia Defeasance DLJ 1999-CG3 LLC

Wachovia Defeasance DLJ 2000-CF1 LLC

Wachovia Defeasance DLJ 2000-CKP1 LLC

Wachovia Defeasance Four New York Plaza III LLC

Wachovia Defeasance FREMF 2009-K4 III LLC

Wachovia Defeasance FREMF 2010-K5 III LLC

Wachovia Defeasance FREMF 2010-K7 III LLC

Wachovia Defeasance FREMF 2010-K8 III LLC

Wachovia Defeasance FREMF 2010-K9 III LLC

Wachovia Defeasance FREMF 2011-K10 III LLC

Wachovia Defeasance FREMF 2011-K11 III LLC

Wachovia Defeasance FREMF 2011-K13 III LLC

Wachovia Defeasance FREMF 2011-K15 III LLC

Wachovia Defeasance FREMF 2011-K701 III LLC

Wachovia Defeasance FREMF 2011-K702 III LLC

Wachovia Defeasance FREMF 2011-K703 III LLC

Wachovia Defeasance FREMF 2011-KAIV III LLC

Wachovia Defeasance FREMF 2012-K20 III LLC

Wachovia Defeasance FREMF 2012-K21 III LLC

Wachovia Defeasance FREMF 2012-K22 III LLC

Wachovia Defeasance FREMF 2012-K23 III LLC

Wachovia Defeasance FREMF 2012-K501 III LLC

Wachovia Defeasance FREMF 2012-K706 III LLC

Wachovia Defeasance FREMF 2012-K707 III LLC

Wachovia Defeasance FREMF 2012-K708 III LLC

Wachovia Defeasance FREMF 2012-K711 III LLC

Wachovia Defeasance FREMF 2013-K29 III LLC

Wachovia Defeasance FREMF 2013-K30 III LLC

Wachovia Defeasance FREMF 2013-K31 III LLC

Wachovia Defeasance FREMF 2013-K502 III LLC

Wachovia Defeasance FREMF 2013-K713 III LLC

Wachovia Defeasance FUCM 1999-C4 II LLC

Wachovia Defeasance FUCM 1999-C4 LLC

Wachovia Defeasance FU-LB 1997-C1 LLC

Wachovia Defeasance FU-LB 1997-C2 II LLC

Wachovia Defeasance FU-LB 1998-C2 III LLC

Wachovia Defeasance FU-LB-BOA 1998-C2 LLC

Wachovia Defeasance FUNB 1999-C1 II LLC

Wachovia Defeasance FUNB 1999-C1 III LLC

Wachovia Defeasance FUNB 1999-C1 LLC

Wachovia Defeasance FUNB 1999-C4 III LLC

Wachovia Defeasance FUNB 1999-C4 LLC

Wachovia Defeasance FUNB 1999-C4 ML Windsor-ML Hammocks LLC

Wachovia Defeasance FUNB 2000-C1 III LLC

Wachovia Defeasance FUNB 2000-C1 LLC

Wachovia Defeasance FUNB 2000-C1 POOL SB LLC

Wachovia Defeasance FUNB 2000-C2 II LLC

Wachovia Defeasance FUNB 2000-C2 III LLC

Wachovia Defeasance FUNB 2000-C2 LLC

Wachovia Defeasance FUNB 2000-C2 Phoenix Crowne LLC

Wachovia Defeasance FUNB 2001-C2 III LLC

Wachovia Defeasance FUNB 2001-C2 LLC

Wachovia Defeasance FUNB 2001-C3 CAC II LLC

Wachovia Defeasance FUNB 2001-C3 III LLC

Wachovia Defeasance FUNB 2001-C3 LLC

Wachovia Defeasance FUNB 2001-C4 CRIT Portfolio LLC

Wachovia Defeasance FUNB 2001-C4 CRIT-VA IV LLC

Wachovia Defeasance FUNB 2001-C4 III LLC

Wachovia Defeasance FUNB 2001-C4 LLC

Wachovia Defeasance FUNB 2002-C1 CRIT-VA V LLC

Wachovia Defeasance FUNB 2002-C1 III LLC

Wachovia Defeasance FUNB 2002-C1 LLC

Wachovia Defeasance FUNB 2002-C1 Madison Sixty LLC

Wachovia Defeasance FUNB-BOA 2001-C1 (CRIT NC) LLC

Wachovia Defeasance FUNB-BOA 2001-C1 (CRIT VA) LLC

Wachovia Defeasance FUNB-BOA 2001-C1 II LLC

Wachovia Defeasance FUNB-BOA 2001-C1 LLC

Wachovia Defeasance FUNB-BOA 2001-C1 POOL SB LLC

Wachovia Defeasance FUNB-CHASE 1999-C2 III LLC

Wachovia Defeasance FUNB-Chase 1999-C2 LLC

Wachovia Defeasance GA-AL Commercial III LLC

Wachovia Defeasance GE 2002-2 183 Madison LLC

**Wells Fargo Subsidiary**

Wachovia Defeasance GE 2002-2 II LLC

Wachovia Defeasance GE 2002-2 LLC

Wachovia Defeasance GECCMC 2000-1 III LLC

Wachovia Defeasance GECCMC 2000-1 LLC

Wachovia Defeasance GECCMC 2001-1 II LLC

Wachovia Defeasance GECCMC 2001-1 III LLC

Wachovia Defeasance GECCMC 2001-1 LLC

Wachovia Defeasance GECCMC 2001-2 II LLC

Wachovia Defeasance GECCMC 2001-2 III LLC

Wachovia Defeasance GECCMC 2001-2 LLC

Wachovia Defeasance GECCMC 2001-3 II LLC

Wachovia Defeasance GECCMC 2001-3 III LLC

Wachovia Defeasance GECCMC 2001-3 LLC

Wachovia Defeasance GECCMC 2002-1 Cameron Crossing LLC

Wachovia Defeasance GECCMC 2002-1 Culver Center West LLC

Wachovia Defeasance GECCMC 2002-1 III LLC

Wachovia Defeasance GECCMC 2002-1 LLC

Wachovia Defeasance GECCMC 2002-2 III LLC

Wachovia Defeasance GECCMC 2002-2 LLC

Wachovia Defeasance GECCMC 2002-2 Wills Group FLP LLC

Wachovia Defeasance GECCMC 2002-3 III LLC

Wachovia Defeasance GECCMC 2002-3 LLC

Wachovia Defeasance GECCMC 2003-C2 Culver Center East LLC

Wachovia Defeasance GECCMC 2003-C2 III LLC

Wachovia Defeasance GECCMC 2003-C2 LLC

Wachovia Defeasance GECCMC 2004-C2 LLC

Wachovia Defeasance GECCMC 2004-C2 POOL SB LLC

Wachovia Defeasance GECCMC 2004-C2 Stefan Associates LLC

Wachovia Defeasance GECCMC 2005-C1 PIL I LLC

Wachovia Defeasance GECCMC 2006-C1 III LLC

Wachovia Defeasance GECCMC 2007-C1 III LLC

Wachovia Defeasance GECC-Subway LLC

Wachovia Defeasance GECMC 2003-C1 LLC

Wachovia Defeasance GECMC 2004-C2 III LLC

Wachovia Defeasance GMAC 1997-C2 LLC

Wachovia Defeasance GMAC 1998-C2 LLC

Wachovia Defeasance GMAC 1999-C1 LLC

Wachovia Defeasance GMAC 1999-C2 LLC

Wachovia Defeasance GMAC 2000-C3 LLC

Wachovia Defeasance GMAC 2001-C1 LLC

Wachovia Defeasance GMAC 2001-C2 LLC

Wachovia Defeasance GMAC 2002-C1 LLC

Wachovia Defeasance GMAC 2002-C2 LLC

Wachovia Defeasance GMAC 2002-C3 LLC

Wachovia Defeasance GMAC 2003-C1 LLC

Wachovia Defeasance GMAC 2003-C2 LLC

Wachovia Defeasance GMACCM 1997-C1 LLC

Wachovia Defeasance Greenwich 2002-C1 II LLC

Wachovia Defeasance GREENWICH 2002-C1 III LLC

Wachovia Defeasance Greenwich 2002-C1 Landmark IV LLC

Wachovia Defeasance Greenwich 2002-C1 LLC

Wachovia Defeasance Greenwich 2003-C1 LLC

Wachovia Defeasance GREENWICH 2003-C2 III LLC

Wachovia Defeasance Greenwich 2003-C2 LLC

Wachovia Defeasance Greenwich 2004-GG1 III LLC

Wachovia Defeasance Greenwich 2004-GG1 LLC

Wachovia Defeasance GREENWICH 2005-GG5 III LLC

Wachovia Defeasance Greenwich 2007-GG11 III LLC

Wachovia Defeasance Greenwich 2007-GG9 III LLC

Wachovia Defeasance GS 1998-C1 LLC

Wachovia Defeasance GS 2004-C1 LLC

Wachovia Defeasance GS 2004-GG2 III LLC

Wachovia Defeasance GS 2006-GG6 III LLC

Wachovia Defeasance GS 2006-GG8 III LLC

Wachovia Defeasance GS 2007-GG10 III LLC

Wachovia Defeasance GS 2010-C1 III LLC

Wachovia Defeasance GS 2010-C2 III LLC

Wachovia Defeasance GS 2011-GC3 III LLC

Wachovia Defeasance GS 2011-GC5 III LLC

Wachovia Defeasance GS 2012-GCJ7 III LLC

Wachovia Defeasance GS 2012-GCJ9 III LLC

Wachovia Defeasance GS 2013-GC10 III LLC

Wachovia Defeasance GSMSC II 1999-C1 LLC

Wachovia Defeasance GSMSC II 2003-C1 LLC

Wachovia Defeasance GSMSC II 2004-GG2 1410 Broadway LLC

Wachovia Defeasance GSMSC II 2004-GG2 1441 Broadway LLC

Wachovia Defeasance HF 1999-PH1 II LLC

Wachovia Defeasance HF 1999-PH1 III LLC

Wachovia Defeasance HF 1999-PH1 LLC

Wachovia Defeasance HF 2000 PH-1 LLC

Wachovia Defeasance JPMC 1999-C7 LLC

Wachovia Defeasance JPMC 1999-PLSI LLC

Wachovia Defeasance JPMC 2000-C10 LLC

Wachovia Defeasance JPMC 2000-C9 LLC

Wachovia Defeasance JPMC 2001-C1 III LLC

Wachovia Defeasance JPMC 2001-C1 LLC

Wachovia Defeasance JPMC 2001-CIBC1 LLC

Wachovia Defeasance JPMC 2001-CIBC2 LLC

Wachovia Defeasance JPMC 2001-CIBC3 III LLC

Wachovia Defeasance JPMC 2001-CIBC3 LLC

Wells Fargo Subsidiary

Wachovia Defeasance JPMC 2002-C1 II LLC

Wachovia Defeasance JPMC 2002-C1 III LLC

Wachovia Defeasance JPMC 2002-C1 LLC

Wachovia Defeasance JPMC 2002-C2 III LLC

Wachovia Defeasance JPMC 2002-C2 LLC

Wachovia Defeasance JPMC 2002-C3 III LLC

Wachovia Defeasance JPMC 2002-C3 LLC

Wachovia Defeasance JPMC 2002-CIBC4 LLC

Wachovia Defeasance JPMC 2002-CIBC5 CP Pembroke Pines LLC

Wachovia Defeasance JPMC 2002-CIBC5 III LLC

Wachovia Defeasance JPMC 2002-CIBC5 LLC

Wachovia Defeasance JPMC 2003-C1 II LLC

Wachovia Defeasance JPMC 2003-C1 LLC

Wachovia Defeasance JPMC 2003-CIBC6 CP Deerfield LLC

Wachovia Defeasance JPMC 2003-CIBC6 III LLC

Wachovia Defeasance JPMC 2003-CIBC6 LLC

Wachovia Defeasance JPMC 2003-CIBC7 LLC

Wachovia Defeasance JPMC 2003-LN1 III LLC

Wachovia Defeasance JPMC 2003-LN1 LLC

Wachovia Defeasance JPMC 2003-ML1 III LLC

Wachovia Defeasance JPMC 2003-ML1 LLC

Wachovia Defeasance JPMC 2003-PM1 Battery Commercial LLC

Wachovia Defeasance JPMC 2003-PM1 LLC

Wachovia Defeasance JPMC 2004-C2 III LLC

Wachovia Defeasance JPMC 2004-C2 LLC

Wachovia Defeasance JPMC 2004-C3 LLC

Wachovia Defeasance JPMC 2004-CIBC10 LLC

Wachovia Defeasance JPMC 2004-CIBC8 III LLC

Wachovia Defeasance JPMC 2004-LN2 III LLC

Wachovia Defeasance JPMC 2005-LDP1 LLC

Wachovia Defeasance JPMC 2005-LDP2 III LLC

Wachovia Defeasance JPMC 2005-LDP2 LLC

Wachovia Defeasance JPMC 2006-CIBC15 III LLC

Wachovia Defeasance JPMC 2006-CIBC17 III LLC

Wachovia Defeasance JPMC 2006-LDP7 III LLC

Wachovia Defeasance JPMC 2006-LDP8 III LLC

Wachovia Defeasance JPMC 2006-LDP9 III LLC

Wachovia Defeasance JPMC 2007-CIBC19 III LLC

Wachovia Defeasance JPMC 2007-LDP10 III LLC

Wachovia Defeasance JPMC 2007-LDP11 III LLC

Wachovia Defeasance JPMC 2007-LDP12 III LLC

Wachovia Defeasance JPMC 2012-CIBX III LLC

Wachovia Defeasance JWC Stanley III LLC

Wachovia Defeasance Kritz Falconer LLC

Wachovia Defeasance LB 1998-C1 LLC

Wachovia Defeasance LB 1998-C4 II Ardsley Associates LLC

Wachovia Defeasance LB 1998-C4 III LLC

Wachovia Defeasance LB 1998-C4 III LLC

Wachovia Defeasance LB 1998-C4 LLC

Wachovia Defeasance LB 1999-C1 II LLC

Wachovia Defeasance LB 1999-C1 III LLC

Wachovia Defeasance LB 1999-C1 LLC

Wachovia Defeasance LB 1999-C2 II LLC

Wachovia Defeasance LB 1999-C2 III LLC

Wachovia Defeasance LB 1999-C2 LLC

Wachovia Defeasance LB UBS 2002-C2 II LLC

Wachovia Defeasance LB-UBS 2000-C3 II LLC

Wachovia Defeasance LB-UBS 2000-C3 III LLC

Wachovia Defeasance LB-UBS 2000-C3 LLC

Wachovia Defeasance LB-UBS 2000-C4 II LLC

Wachovia Defeasance LB-UBS 2000-C4 LLC

Wachovia Defeasance LB-UBS 2000-C5 III LLC

Wachovia Defeasance LB-UBS 2000-C5 LLC

Wachovia Defeasance LB-UBS 2001-C2 II LLC

Wachovia Defeasance LB-UBS 2001-C2 II LLC

Wachovia Defeasance LB-UBS 2001-C2 LLC

Wachovia Defeasance LB-UBS 2001-C3 1735 North Lynn LLC

Wachovia Defeasance LB-UBS 2001-C3 II LLC

Wachovia Defeasance LB-UBS 2001-C3 III LLC

Wachovia Defeasance LB-UBS 2001-C3 LLC

Wachovia Defeasance LB-UBS 2001-C7 II LLC

Wachovia Defeasance LB-UBS 2001-C7 III LLC

Wachovia Defeasance LB-UBS 2001-C7 LLC

Wachovia Defeasance LB-UBS 2002-C1 400 Atlantic LLC

Wachovia Defeasance LB-UBS 2002-C1 II LLC

Wachovia Defeasance LB-UBS 2002-C1 III LLC

Wachovia Defeasance LB-UBS 2002-C1 LLC

Wachovia Defeasance LB-UBS 2002-C2 Hibbs/Woodinville LLC

Wachovia Defeasance LB-UBS 2002-C2 III LLC

Wachovia Defeasance LB-UBS 2002-C2 LLC

Wachovia Defeasance LB-UBS 2002-C4 III LLC

Wachovia Defeasance LB-UBS 2002-C4 LLC

Wachovia Defeasance LB-UBS 2002-C7 II LLC

Wachovia Defeasance LB-UBS 2002-C7 III LLC

Wachovia Defeasance LB-UBS 2002-C7 Independence Shoppingtown LLC

Wachovia Defeasance LB-UBS 2002-C7 LLC

Wachovia Defeasance LB-UBS 2003-C1 (Clear) LLC

Wachovia Defeasance LB-UBS 2003-C1 Franklin Avenue LLC

**Wells Fargo Subsidiary**

Wachovia Defeasance LB-UBS 2003-C1 II LLC

Wachovia Defeasance LB-UBS 2003-C1 III LLC

Wachovia Defeasance LB-UBS 2003-C1 LLC

Wachovia Defeasance LB-UBS 2003-C3 III LLC

Wachovia Defeasance LB-UBS 2003-C3 LLC

Wachovia Defeasance LB-UBS 2003-C5 III LLC

Wachovia Defeasance LB-UBS 2003-C5 LLC

Wachovia Defeasance LB-UBS 2003-C7 (Getty) LLC

Wachovia Defeasance LB-UBS 2003-C7 LLC

Wachovia Defeasance LB-UBS 2003-C8 III LLC

Wachovia Defeasance LB-UBS 2003-C8 LLC

Wachovia Defeasance LB-UBS 2004-C1 III LLC

Wachovia Defeasance LB-UBS 2004-C1 LLC

Wachovia Defeasance LB-UBS 2004-C4 III LLC

Wachovia Defeasance LB-UBS 2004-C4 LLC

Wachovia Defeasance LB-UBS 2004-C6 III LLC

Wachovia Defeasance LB-UBS 2004-C6 LLC

Wachovia Defeasance LB-UBS 2004-C7 III LLC

Wachovia Defeasance LB-UBS 2004-C7 LLC

Wachovia Defeasance LB-UBS 2004-C8 III LLC

Wachovia Defeasance LB-UBS 2004-C8 LLC

Wachovia Defeasance LB-UBS 2005-C1 III LLC

Wachovia Defeasance LB-UBS 2005-C2 III LLC

Wachovia Defeasance LB-UBS 2005-C3 III LLC

Wachovia Defeasance LB-UBS 2005-C5 III LLC

Wachovia Defeasance LB-UBS 2005-C7 III LLC

Wachovia Defeasance LB-UBS 2005-C7 VR Bayou LLC

Wachovia Defeasance LB-UBS 2006-C1 III LLC

Wachovia Defeasance LB-UBS 2006-C3 III LLC

Wachovia Defeasance LB-UBS 2006-C4 III LLC

Wachovia Defeasance LB-UBS 2006-C6 III LLC

Wachovia Defeasance LB-UBS 2006-C7 III LLC

Wachovia Defeasance LB-UBS 2007-C2 III LLC

Wachovia Defeasance LB-UBS 2007-C6 III LLC

Wachovia Defeasance LB-UBS 2008-C1 III LLC

Wachovia Defeasance Management - KeyCorp LLC

Wachovia Defeasance Management - Midland LLC

Wachovia Defeasance Management II LLC

Wachovia Defeasance Management III LLC

Wachovia Defeasance Management LLC

Wachovia Defeasance Management-KeyCorp III LLC

Wachovia Defeasance Management-Midland III LLC

Wachovia Defeasance Marquis Apartments LLC

Wachovia Defeasance MCF 1998-MC3 LLC

Wachovia Defeasance ML-CFC 2006-1 III LLC

Wachovia Defeasance ML-CFC 2006-2 III LLC

Wachovia Defeasance ML-CFC 2006-4 III LLC

Wachovia Defeasance ML-CFC 2007-5 III LLC

Wachovia Defeasance ML-CFC 2007-6 III LLC

Wachovia Defeasance ML-CFC 2007-7 III LLC

Wachovia Defeasance ML-CFC 2007-8 III LLC

Wachovia Defeasance ML-CFC 2007-9 III LLC

Wachovia Defeasance MLMI 1998-C2 II LLC

Wachovia Defeasance MLMI 1998-C2 III LLC

Wachovia Defeasance MLMI 1998-C2 LLC

Wachovia Defeasance MLMI 1998-C3 LLC

Wachovia Defeasance MLMI 2002-MW1 III LLC

Wachovia Defeasance MLMI 2002-MW1 LLC

Wachovia Defeasance MLMI 2005-CKI1 III LLC

Wachovia Defeasance MLMI 2005-CKI1 LLC

Wachovia Defeasance MLMI 2005-MCP1 LLC

Wachovia Defeasance MLMI 2005-MCP1 PVA III LLC

Wachovia Defeasance MLMI 2005-MKB2 LLC

Wachovia Defeasance MLMI 2006-1 III LLC

Wachovia Defeasance MLMI 2006-2 III LLC

Wachovia Defeasance MLMI 2006-C2 III LLC

Wachovia Defeasance MLMI 2007-5 III LLC

Wachovia Defeasance MLMI 2007-9 III LLC

Wachovia Defeasance MLMI 2007-C1 III LLC

Wachovia Defeasance MLMI 2008-C1 III LLC

Wachovia Defeasance MLMT 2004-MKB1 LLC

Wachovia Defeasance MLMT 2006-C1 III LLC

Wachovia Defeasance MS-BAML 2012-C6 III LLC

Wachovia Defeasance MSCI 1998-CF1 LLC

Wachovia Defeasance MSCI 1998-HF2 LLC

Wachovia Defeasance MSCI 1998-WF2 LLC

Wachovia Defeasance MSCI 1999-FNVI LLC

Wachovia Defeasance MSCI 1999-LIFE1 LLC

Wachovia Defeasance MSCI 1999-RM1 LLC

Wachovia Defeasance MSCI 1999-WF1 III LLC

Wachovia Defeasance MSCI 1999-WF1 LLC

Wachovia Defeasance MSCI 2003-IQ4 LLC

Wachovia Defeasance MSCI 2003-IQ5 LLC

Wachovia Defeasance MSCI 2003-IQ6 III LLC

Wachovia Defeasance MSCI 2003-IQ6 LLC

Wachovia Defeasance MSCI 2003-TOP11 III LLC

Wells Fargo Subsidiary

Wachovia Defeasance MSCI 2003-Top11 LLC

Wachovia Defeasance MSCI 2004-HQ3 III LLC

Wachovia Defeasance MSCI 2004-HQ3 LLC

Wachovia Defeasance MSCI 2004-HQ4 III LLC

Wachovia Defeasance MSCI 2004-IQ7 III LLC

Wachovia Defeasance MSCI 2004-IQ7 LLC

Wachovia Defeasance MSCI 2004-IQ8 III LLC

Wachovia Defeasance MSCI 2004-TOP13 III LLC

Wachovia Defeasance MSCI 2004-TOP15 III LLC

Wachovia Defeasance MSCI 2004-TOP15 LLC

Wachovia Defeasance MSCI 2005-HQ6 III LLC

Wachovia Defeasance MSCI 2005-HQ7 III LLC

Wachovia Defeasance MSCI 2005-IQ9 III LLC

Wachovia Defeasance MSCI 2005-TOP17 III LLC

Wachovia Defeasance MSCI 2005-TOP19 III LLC

Wachovia Defeasance MSCI 2005-TOP19 LLC

Wachovia Defeasance MSCI 2006-HQ10 III LLC

Wachovia Defeasance MSCI 2006-HQ8 III LLC

Wachovia Defeasance MSCI 2006-HQ9 III LLC

Wachovia Defeasance MSCI 2006-IQ11 III LLC

Wachovia Defeasance MSCI 2006-TOP21 III LLC

Wachovia Defeasance MSCI 2006-TOP23 III LLC

Wachovia Defeasance MSCI 2007-HQ12 III LLC

Wachovia Defeasance MSCI 2007-HQ13 III LLC

Wachovia Defeasance MSCI 2007-IQ13 III LLC

Wachovia Defeasance MSCI 2007-IQ14 III LLC

Wachovia Defeasance MSCI 2007-IQ16 III LLC

Wachovia Defeasance MSCI 2007-TOP25 III LLC

Wachovia Defeasance MSCI 2007-TOP27 III LLC

Wachovia Defeasance MSCI 2008-TOP29 III LLC

Wachovia Defeasance MSCI 2011-C3 III LLC

Wachovia Defeasance MSDWCI 2000-LIFE1 III LLC

Wachovia Defeasance MSDWCI 2000-LIFE1 LLC

Wachovia Defeasance MSDWCI 2000-Life2 LLC

Wachovia Defeasance MSDWCI 2001-TOP1 III LLC

Wachovia Defeasance MSDWCI 2001-TOP3 III LLC

Wachovia Defeasance MSDWCI 2001-TOP5 III LLC

Wachovia Defeasance MSDWCI 2001-Top5 LLC

Wachovia Defeasance MSDWCI 2002-TOP7 III LLC

Wachovia Defeasance MSDWCI 2002-Top7 LLC

Wachovia Defeasance MSDWCI 2003-HQ2 III LLC

Wachovia Defeasance MSDWCI 2003-HQ2 LLC

Wachovia Defeasance MSDWCI 2003-TOP9 III LLC

Wachovia Defeasance PMAC 1999-C1 LLC

Wachovia Defeasance PNCMAC 1999-CM1 LLC

Wachovia Defeasance PNCMAC 2000-C1 LLC

Wachovia Defeasance PNCMAC 2001-C1 LLC

Wachovia Defeasance PSSFC 1998-C1 LLC

Wachovia Defeasance PSSFC 1999-NRF1 LLC

Wachovia Defeasance PSSFC 2003-PWR1 III LLC

Wachovia Defeasance PSSFC 2003-PWR1 LLC

Wachovia Defeasance PSSFC 2003-PWR1 PAL-MED LLC

Wachovia Defeasance Rite Aid 1999-1 III LLC

Wachovia Defeasance River Terrace LLC

Wachovia Defeasance SBMS 2000-C1 LLC

Wachovia Defeasance SBMS VII 2000-C3 LLC

Wachovia Defeasance SBMS VII 2000-C3 Wellington Place LLC

Wachovia Defeasance SBMS VII 2001-C1 LLC

Wachovia Defeasance SBMS VII 2001-C2 LLC

Wachovia Defeasance SCP 2003C-TX LLC

Wachovia Defeasance SCP 2005-C21-023 LLC

Wachovia Defeasance Sonoma Valley Inn III LLC

Wachovia Defeasance TIAA 2007-C4 III LLC

Wachovia Defeasance UBS 2012-C1 III LLC

Wachovia Defeasance UBS-Barclays 2012-C2 III LLC

Wachovia Defeasance UBS-Barclays 2012-C4 III LLC

Wachovia Defeasance UBS-Citigroup 2011-C1 III LLC

Wachovia Defeasance Wachovia 2002-C1 III LLC

Wachovia Defeasance Wachovia 2002-C1 LLC

Wachovia Defeasance Wachovia 2002-C2 III LLC

Wachovia Defeasance Wachovia 2002-C2 Lawndale Market Place LLC

Wachovia Defeasance Wachovia 2002-C2 LLC

Wachovia Defeasance Wachovia 2003-C3 Big Trout Lodge LLC

Wachovia Defeasance Wachovia 2003-C3 Gaddis LLC

Wachovia Defeasance Wachovia 2003-C3 III LLC

Wachovia Defeasance Wachovia 2003-C3 LLC

Wachovia Defeasance Wachovia 2003-C4 III LLC

Wachovia Defeasance Wachovia 2003-C4 LLC

**Wells Fargo Subsidiary**

| | | | | |
|---|---|---|---|---|
| Wachovia Defeasance Wachovia 2003-C5 III LLC | Wachovia Defeasance Wachovia 2004-C12 LLC | Wachovia Defeasance Wachovia 2005-C20 III 60 Hudson LLC | Wachovia Defeasance Wachovia 2007-C32 III LLC | Wachovia Defeasance WFCMS 2013-C12 III LLC |
| Wachovia Defeasance Wachovia 2003-C5 LLC | Wachovia Defeasance Wachovia 2004-C14 Amstar LLC | Wachovia Defeasance Wachovia 2005-C20 III LLC | Wachovia Defeasance Wachovia 2007-C33 III LLC | Wachovia Defeasance WFCMS 2013-C14 III LLC |
| Wachovia Defeasance Wachovia 2003-C6 III LLC | Wachovia Defeasance Wachovia 2004-C14 III LLC | Wachovia Defeasance Wachovia 2005-C20 LLC | Wachovia Defeasance Wachovia 2007-C34 III LLC | Wachovia Defeasance WFRBS 2012-C9 III LLC |
| Wachovia Defeasance Wachovia 2003-C6 John & Son's LLC | Wachovia Defeasance Wachovia 2004-C14 Lenexa LLC | Wachovia Defeasance Wachovia 2005-C21 III LLC | Wachovia Defeasance Wachovia 3409 PRIMM III LLC | Wachovia Defeasance WFRBS 2013-C11 III LLC |
| Wachovia Defeasance Wachovia 2003-C6 LLC | Wachovia Defeasance Wachovia 2004-C14 LLC | Wachovia Defeasance Wachovia 2005-C21 LLC | Wachovia Defeasance WBCMT 2002-C1 III LLC | Wachovia Defeasance WFRBS 2013-C13 III LLC |
| Wachovia Defeasance Wachovia 2003-C7 III LLC | Wachovia Defeasance Wachovia 2004-C15 III LLC | Wachovia Defeasance Wachovia 2005-C22 III LLC | Wachovia Defeasance WFCMS 2010-C1 III LLC | Wachovia Development Corporation |
| Wachovia Defeasance Wachovia 2003-C7 LLC | Wachovia Defeasance Wachovia 2004-C15 LLC | Wachovia Defeasance Wachovia 2006-C23 III LLC | Wachovia Defeasance WFCMS 2011-C2 III LLC | Wachovia Fixed Income Structured Trading Solutions, LLC |
| Wachovia Defeasance Wachovia 2003-C8 III LLC | Wachovia Defeasance Wachovia 2005-C16 III LLC | Wachovia Defeasance Wachovia 2006-C24 III LLC | Wachovia Defeasance WFCMS 2011-C3 III LLC | Wachovia FSD SCP, LLC |
| Wachovia Defeasance Wachovia 2003-C8 LLC | Wachovia Defeasance Wachovia 2005-C16 LLC | Wachovia Defeasance Wachovia 2006-C25 III LLC | Wachovia Defeasance WFCMS 2011-C4 III LLC | Wachovia Guaranteed Middle Tier III-A/NC, LLC |
| Wachovia Defeasance Wachovia 2003-C9 III LLC | Wachovia Defeasance Wachovia 2005-C17 450 Partners LLC | Wachovia Defeasance Wachovia 2006-C26 III LLC | Wachovia Defeasance WFCMS 2011-C5 III LLC | Wachovia Guaranteed Middle Tier IV-U/NC, LLC |
| Wachovia Defeasance Wachovia 2003-C9 LLC | Wachovia Defeasance Wachovia 2005-C17 III LLC | Wachovia Defeasance Wachovia 2006-C27 III LLC | Wachovia Defeasance WFCMS 2012-C10 III LLC | Wachovia Guaranteed Tax Credit Fund II, LLC |
| Wachovia Defeasance Wachovia 2004-C10 III LLC | Wachovia Defeasance Wachovia 2005-C17 LLC | Wachovia Defeasance Wachovia 2006-C28 III LLC | Wachovia Defeasance WFCMS 2012-C6 III LLC | Wachovia Guaranteed Tax Credit Fund III-A/GA, LLC |
| Wachovia Defeasance Wachovia 2004-C10 LLC | Wachovia Defeasance Wachovia 2005-C18 III LLC | Wachovia Defeasance Wachovia 2006-C29 III LLC | Wachovia Defeasance WFCMS 2012-C7 III LLC | Wachovia Guaranteed Tax Credit Fund III-A/NC, LLC |
| Wachovia Defeasance Wachovia 2004-C11 III LLC | Wachovia Defeasance Wachovia 2005-C18 LLC | Wachovia Defeasance Wachovia 2007-C30 III LLC | Wachovia Defeasance WFCMS 2012-C8 III LLC | Wachovia Guaranteed Tax Credit Fund III-CN/GA, LLC |
| Wachovia Defeasance WACHOVIA 2004-C12 III LLC | Wachovia Defeasance Wachovia 2005-C19 III LLC | Wachovia Defeasance Wachovia 2007-C31 III LLC | Wachovia Defeasance WFCMS 2012-LC5 III LLC | Wachovia Guaranteed Tax Credit Fund IV-P/GA, LLC |
| | | | | Wachovia Guaranteed Tax Credit Fund IV-P/NC, LLC |

## Wells Fargo Subsidiary

Wachovia Guaranteed Tax Credit Fund IV-U/GA, LLC

Wachovia Guaranteed Tax Credit Fund IV-U/NC, LLC

Wachovia Guaranteed Tax Credit Fund V-F/M, LLC

Wachovia Guaranteed Tax Credit Fund V-VA/M, LLC

Wachovia Guaranteed Tax Credit Fund-C/GA, LLC

Wachovia Guaranteed Tax Credit Fund-WF/CA, LLC

Wachovia Guaranteed Tax Credit Fund-WF/CA-2, LLC

Wachovia International Capital Corporation

Wachovia International Servicos, LTDA

Wachovia Investors, Inc.

Wachovia Mortgage Loan Trust, LLC

Wachovia Netherlands Holdings, LLC

Wachovia Ocean View Member, LLC

Wachovia Participações LTDA.

Wachovia Preferred Funding Corp.

Wachovia Preferred Funding Holding Corp.

Wachovia Preferred Realty, LLC

Wachovia Private Capital, Inc.

Wachovia Repackage Asset Participating Securities Series 2003

Wachovia Residual Interest Securitization, LLC

Wachovia Securities (Uruguay) S.A.

Wachovia Securities Financial Holdings, LLC

Wachovia Securities Servicos e Participacoes (Brasil) Ltda.

Wachovia Service Corporation

Wachovia Technology Planning & Solutions Private Limited

Wachovia Trade Finance Corporation

Walton Reserve-Seniors, LP

Walton Street Real Estate Debt Fund, L.P.

Walton Villiage, L.P.

Washington 722, L.P.

Washington Apartments Associates

Washington Elms LLC

Wauregan Development LLC

Waveland Sub CDE XIV, LLC

WBI Holdings I, LLC

WBI Holdings II, LLC

WBI Holdings III, LLC

WBI Holdings IV, LLC

WBI Holdings V, LLC

WBI Holdings VI, LLC

WCI OREO, LLC

WCP Holdings 2002, LLC

WCP Secondary Fund I GP, LLC

WCP Univision, LP

WDC 541 N Fairbanks Member, LLC

WDC Triad Member I, LLC

WDC Triad Parent, LLC

WDC Ventures Ltd.

WDS Holdings, Inc.

Wealth Enhancement Mortgage Services, LLC

Webster Avenue Affordable LLC

WELF Holding LLC

Wells Capital Management Incorporated

Wells Fargo & Company

Wells Fargo (Lux) Worldwide Fund - China Equity Fund

Wells Fargo (Lux) Worldwide Fund - Emerging Markets Equity Fund

Wells Fargo (Lux) Worldwide Fund - Emerging Markets Equity Income Fund

Wells Fargo (Lux) Worldwide Fund - Global Equity Fund

Wells Fargo (Lux) Worldwide Fund - Global Opportunity Bond Fund

Wells Fargo (Lux) Worldwide Fund - Precious Metals Fund

Wells Fargo (Lux) Worldwide Fund - SICAV

Wells Fargo (Lux) Worldwide Fund - U.S. All Cap Growth Fund

Wells Fargo (Lux) Worldwide Fund - U.S. Dollar Short-Term Money Market Fund

Wells Fargo (Lux) Worldwide Fund - U.S. High Yield Bond Fund

Wells Fargo (Lux) Worldwide Fund - U.S. Large Cap Growth Fund

Wells Fargo (Lux) Worldwide Fund - U.S. Premier Growth Fund

Wells Fargo (Lux) Worldwide Fund - U.S. Select Equity Fund

Wells Fargo (Lux) Worldwide Fund - U.S. Short Term High Yield Bond Fund

Wells Fargo Advantage Alternative Strategies Fund

Wells Fargo Advantage Dow Jones Target 2060 Fund

Wells Fargo Advantage Emerging Markets Equity Income Fund

Wells Fargo Advantage Global Long/Short Fund

Wells Fargo Advantage High Yield Municipal Bond Fund

Wells Fargo Advantage Strategic Income Fund

Wells Fargo Advisors (Argentina) LLC

Wells Fargo Advisors (Chile) LLC

Wells Fargo Advisors (Montevideo) Usuaria de Zona Franca S.A.

Wells Fargo Advisors Financial Network, LLC

Wells Fargo Advisors Insurance Agency, LLC

Wells Fargo Advisors, LLC

Wells Fargo Affordable Housing Community Development Corporation

Wells Fargo Affordable Housing Corp.

Wells Fargo Aircraft S.a r.l.

Wells Fargo Asia Limited

Wells Fargo Asset Management Luxembourg S.A.

Wells Fargo Asset Securities Corporation

Wells Fargo Auto Receivables, LLC

Wells Fargo Bank International

Wells Fargo Bank N.A. - Aberdeen Office

Wells Fargo Bank Northwest, National Association

Wells Fargo Bank South Central, National Association

Wells Fargo Bank, Ltd.

Wells Fargo Bank, National Association

Wells Fargo Brasil Escritório De Representação Ltda.

Wells Fargo Subsidiary

Wells Fargo Business Credit Canada ULC

Wells Fargo Canada Corporation

Wells Fargo Capital Finance (UK) Limited

Wells Fargo Capital Finance Corporation Canada

Wells Fargo Capital Finance, LLC

Wells Fargo Capital Holdings Inc.

Wells Fargo Capital II

Wells Fargo Capital X

Wells Fargo Cedar Creek LLC

Wells Fargo Central Pacific Holdings, Inc.

Wells Fargo Commercial Mortgage

Wells Fargo Commercial Mortgage Securities, Inc.

Wells Fargo Commodities, LLC

Wells Fargo Community Development Corporation

Wells Fargo Community Development Enterprise Round 10 Subsidiary 4, LLC

Wells Fargo Community Development Enterprise Round 10 Subsidiary 5, LLC

Wells Fargo Community Development Enterprise Round 12 Subsidiary 10, LLC

Wells Fargo Community Development Enterprise Round 12 Subsidiary 2, LLC

Wells Fargo Community Development Enterprise Round 12 Subsidiary 3, LLC

Wells Fargo Community Development Enterprise Round 12 Subsidiary 4, LLC

Wells Fargo Community Development Enterprise Round 12 Subsidiary 5, LLC

Wells Fargo Community Development Enterprise Round 12 Subsidiary 6, LLC

Wells Fargo Community Development Enterprise Round 12 Subsidiary 7, LLC

Wells Fargo Community Development Enterprise Round 12 Subsidiary 8, LLC

Wells Fargo Community Development Enterprise Round 12 Subsidiary 9, LLC

Wells Fargo Community Development Enterprise Round 8 Subsidiary 1, LLC

Wells Fargo Community Development Enterprise Round 8 Subsidiary 2, LLC

Wells Fargo Community Development Enterprise Round 8 Subsidiary 3, LLC

Wells Fargo Community Development Enterprise Round 8 Subsidiary 4, LLC

Wells Fargo Community Development Enterprise Round 8 Subsidiary 5, LLC

Wells Fargo Community Development Enterprise Round 8 Subsidiary 6P, LLC

Wells Fargo Community Development Enterprise Round 8 Subsidiary 7, LLC

Wells Fargo Community Development Enterprise Round 8 Subsidiary 8, LLC

Wells Fargo Community Development Enterprise Round 8 Subsidiary 9, LLC

Wells Fargo Community Development Enterprise Round 9 Subsidiary 1, LLC

Wells Fargo Community Development Enterprise Round 9 Subsidiary 10P, LLC

Wells Fargo Community Development Enterprise Round 9 Subsidiary 11, LLC

Wells Fargo Community Development Enterprise Round 9 Subsidiary 12, LLC

Wells Fargo Community Development Enterprise Round 9 Subsidiary 13, LLC

Wells Fargo Community Development Enterprise Round 9 Subsidiary 2, LLC

Wells Fargo Community Development Enterprise Round 9 Subsidiary 3, LLC

Wells Fargo Community Development Enterprise Round 9 Subsidiary 4, LLC

Wells Fargo Community Development Enterprise Round 9 Subsidiary 5, LLC

Wells Fargo Community Development Enterprise Round 9 Subsidiary 6, LLC

Wells Fargo Community Development Enterprise Round 9 Subsidiary 7, LLC

Wells Fargo Community Development Enterprise Round 9 Subsidiary 8, LLC

Wells Fargo Community Development Enterprise Round 9 Subsidiary 9, LLC

Wells Fargo Community Development Enterprises Round 6 Sub 10, LLC

Wells Fargo Community Development Enterprises Round 6 Sub 8, LLC

Wells Fargo Community Development Enterprises Round 6 Sub 9, LLC

Wells Fargo Community Development Enterprises Round 7 Sub 1, LLC

Wells Fargo Community Development Enterprises Round 7 Sub 2, LLC

Wells Fargo Community Development Enterprises Round 7 Sub 3, LLC

Wells Fargo Community Development Enterprises Round 7 Sub 4, LLC

Wells Fargo Community Development Enterprises Round 7 Sub 5, LLC

Wells Fargo Community Development Enterprises Round 7 Sub 6, LLC

Wells Fargo Community Development Enterprises Round 7 Sub 7, LLC

Wells Fargo Community Development Enterprises Subsidiary 1, LLC

Wells Fargo Community Development Enterprises Subsidiary 2, LLC

Wells Fargo Community Development Enterprises Subsidiary 3, LLC

Wells Fargo Community Development Enterprises Subsidiary 4, LLC

Wells Fargo Community Development Enterprises Subsidiary 5, LLC

Wells Fargo Community Development Enterprises Subsidiary 6, LLC

Wells Fargo Community Development Enterprises Subsidiary 7, LLC

Wells Fargo Community Development Enterprises, Inc.

Wells Fargo Community Investment Holdings, LLC

Wells Fargo Container Corp. Ltd.

Wells Fargo Core Bond CIT

Wells Fargo Core Bond II CIT

Wells Fargo Credit Card Funding, LLC

Wells Fargo Credit Card Master Note Trust

Wells Fargo Credit Risk Transfer Securities Trust 2015

Wells Fargo Delaware Trust Company, National Association

Wells Fargo Distribution Finance, LLC

Wells Fargo Dow Jones Target 2010 Fund

Wells Fargo Dow Jones Target 2040 Fund N

Wells Fargo Dow Jones Target 2055 Fund N

Wells Fargo Dow Jones Target Today Fund

Wells Fargo Energy Capital, Inc.

Wells Fargo Enhanced Stock Market CIT

Wells Fargo Enterprise Global Services, LLC

Wells Fargo Equipment Finance Company

Wells Fargo Equipment Finance, Inc.

Wells Fargo Equity Capital, Inc.

Wells Fargo Escrow Company, LLC

December 1, 2015

Wells Fargo Subsidiary

Wells Fargo Exchange Services, Inc.

Wells Fargo Exchange Services, LLC

Wells Fargo Exchange-Traded Funds Trust

Wells Fargo Financial Alabama, Inc.

Wells Fargo Financial Alaska, Inc.

Wells Fargo Financial America, Inc.

Wells Fargo Financial Arizona, Inc.

Wells Fargo Financial California, Inc.

Wells Fargo Financial Colorado, Inc.

Wells Fargo Financial Corporation Canada

Wells Fargo Financial Credit Services New York, Inc.

Wells Fargo Financial Delaware, Inc.

Wells Fargo Financial Florida, Inc.

Wells Fargo Financial Funding B.V.

Wells Fargo Financial Georgia, Inc.

Wells Fargo Financial Guam, Inc.

Wells Fargo Financial Holdings, LLC

Wells Fargo Financial Hong Kong Limited

Wells Fargo Financial Idaho, Inc.

Wells Fargo Financial Illinois, Inc.

Wells Fargo Financial Indiana, Inc.

Wells Fargo Financial Iowa 1, Inc.

Wells Fargo Financial Iowa 3, Inc.

Wells Fargo Financial Kansas, Inc.

Wells Fargo Financial Kentucky, Inc.

Wells Fargo Financial Leasing, Inc.

Wells Fargo Financial Louisiana, Inc.

Wells Fargo Financial Maine, Inc.

Wells Fargo Financial Maryland, Inc.

Wells Fargo Financial Massachusetts, Inc.

Wells Fargo Financial Michigan, Inc.

Wells Fargo Financial Minnesota, Inc.

Wells Fargo Financial Missouri, Inc.

Wells Fargo Financial Montana, Inc.

Wells Fargo Financial National Bank

Wells Fargo Financial Nebraska, Inc.

Wells Fargo Financial Nevada 2, Inc.

Wells Fargo Financial New Hampshire 1, Inc.

Wells Fargo Financial New Jersey, Inc.

Wells Fargo Financial New Mexico, Inc.

Wells Fargo Financial New York, Inc.

Wells Fargo Financial North Carolina 1, Inc.

Wells Fargo Financial North Dakota, Inc.

Wells Fargo Financial Ohio 1, Inc.

Wells Fargo Financial Ohio, Inc.

Wells Fargo Financial Oklahoma, Inc.

Wells Fargo Financial Oregon, Inc.

Wells Fargo Financial Pennsylvania, Inc.

Wells Fargo Financial Retail Credit, Inc.

Wells Fargo Financial Rhode Island, Inc.

Wells Fargo Financial Services, LLC

Wells Fargo Financial South Carolina, Inc.

Wells Fargo Financial South Dakota, Inc.

Wells Fargo Financial System Florida, Inc.

Wells Fargo Financial System Virginia, Inc.

Wells Fargo Financial Tennessee 1, LLC

Wells Fargo Financial Tennessee, Inc.

Wells Fargo Financial Texas, Inc.

Wells Fargo Financial Utah, Inc.

Wells Fargo Financial Virginia, Inc.

Wells Fargo Financial Washington 1, Inc.

Wells Fargo Financial West Virginia, Inc.

Wells Fargo Financial Wisconsin, Inc.

Wells Fargo Financial Wyoming, Inc.

Wells Fargo Financial, LLC

Wells Fargo Fixed Income Fund A

Wells Fargo Fixed Income Fund C

Wells Fargo Fixed Income Fund D

Wells Fargo Fixed Income Fund E

Wells Fargo Fixed Income Fund F

Wells Fargo Fixed Income Fund J

Wells Fargo Fixed Income Fund L

Wells Fargo Fixed Income Fund M

Wells Fargo Fixed Income Fund N

Wells Fargo Fixed Income Fund Q

Wells Fargo Foothill Canada ULC

Wells Fargo Foundation

Wells Fargo Fund Services, LLC

Wells Fargo Funding, Inc.

Wells Fargo Funds Distributor, LLC

Wells Fargo Funds Management, LLC

Wells Fargo Gaming Capital, LLC

Wells Fargo Global Fund Services (Asia) Pte. Ltd.

Wells Fargo Global Fund Services (Ireland) Limited

Wells Fargo Global Fund Services (UK) Limited

Wells Fargo Global Fund Services Holdings LLC

Wells Fargo Global Fund Services LLC

Wells Fargo Growth CIT

Wells Fargo Guaranteed Middle Tier IV-P/NC, LLC

Wells Fargo Home Mortgage Real Estate Funding 1, Inc.

Wells Fargo Housing Advisors, Inc.

Wells Fargo India Solutions Private Limited

Wells Fargo India Solutions Private Limited - Bangalore SEZ Unit 2

Wells Fargo Insurance Re, Inc.

Wells Fargo Insurance Services of West Virginia, Inc.

Wells Fargo Insurance Services USA, Inc.

Wells Fargo Insurance, Inc.

Wells Fargo International B.V.

Wells Fargo International Banking Corporation

Wells Fargo International Bond CIT

Wells Fargo International Holdings (Luxembourg) S.a r.l.

Wells Fargo International Services Private Limited

Wells Fargo Investment Group, Inc.

Wells Fargo Investment Institute, Inc.

Wells Fargo Large Cap Growth CIT

Wells Fargo Large Cap Intrinsic Value CIT

Wells Fargo Liability Driven Solution CIT I

Wells Fargo Liability Driven Solution CIT II

Wells Fargo Liability Driven Solution CIT III

## Wells Fargo Subsidiary

Wells Fargo Master Trust

Wells Fargo Merchant Services, L.L.C.

Wells Fargo Mortgage Loan Trust II, LLC

Wells Fargo Mortgage Loan Trust, LLC

Wells Fargo Municipal Capital Strategies, LLC

Wells Fargo Municipal Funding, LLC

Wells Fargo Philippines Solutions Inc.

Wells Fargo Prime Services, LLC

Wells Fargo Principal Investments, LLC

Wells Fargo Principal Lending, LLC

Wells Fargo Properties, Inc.

Wells Fargo Real Estate Advisors Private Limited

Wells Fargo Real Estate Capital Investments, LLC

Wells Fargo Real Estate Investment Corporation

Wells Fargo Real Estate Tax Services, LLC

Wells Fargo Regional Community Development Corporation

Wells Fargo Regional Foundation

Wells Fargo Relative Value Portfolio

Wells Fargo Risk Services, Inc.

Wells Fargo Securities (Japan) Co., Ltd.

Wells Fargo Securities Asia Limited

Wells Fargo Securities Canada, LTD.

Wells Fargo Securities International Limited

Wells Fargo Securities, LLC

Wells Fargo Short Term Investment Fund

Wells Fargo Small Business Investment Company, Inc.

Wells Fargo Stable Return Fund F

Wells Fargo Stable Return Fund G

Wells Fargo Stable Return Fund N

Wells Fargo Stable Return Fund N15

Wells Fargo Stable Return Fund N25

Wells Fargo Stable Return Fund N35

Wells Fargo Stable Return Fund N60

Wells Fargo Stable Value Fund A

Wells Fargo Stable Value Fund B

Wells Fargo Stable Value Fund C

Wells Fargo Stable Value Fund D

Wells Fargo Stable Value Fund E

Wells Fargo Stable Value Fund F

Wells Fargo Stable Value Fund G

Wells Fargo Stable Value Fund H

Wells Fargo Stable Value Fund J

Wells Fargo Stable Value Fund K

Wells Fargo Stable Value Fund L

Wells Fargo Stable Value Fund M

Wells Fargo Stable Value Fund N

Wells Fargo Stable Value Fund O

Wells Fargo Stable Value Fund Q

Wells Fargo Stable Value Fund R

Wells Fargo Stable Value Fund S

Wells Fargo Stable Value Fund T

Wells Fargo Stable Value Fund U

Wells Fargo Stable Value Fund W

Wells Fargo Stable Value General Fund

Wells Fargo Startup Accelerator, LLC

Wells Fargo Structured Lending, LLC

Wells Fargo Synthetic Stable Value Fund

Wells Fargo Target 2015 CIT

Wells Fargo Target 2020 CIT

Wells Fargo Target 2025 CIT

Wells Fargo Target 2030 CIT

Wells Fargo Target 2035 CIT

Wells Fargo Target 2045 CIT

Wells Fargo Target 2050 CIT

Wells Fargo Titling Corporation

Wells Fargo Trade Capital Services, Inc.

Wells Fargo Trust Corporation Limited

Wells Fargo Ventures, LLC

Wells Fargo Wealth Brokerage Insurance Agency, LLC

Wells Fargo Wind Holdings LLC

Wells Fargo/BlackRock Bond Index CIT

Wells Fargo/BlackRock Intermediate Government/Credit Bond Index CIT

Wells Fargo/BlackRock International Equity Index CIT

Wells Fargo/BlackRock Large Cap Growth Index CIT

Wells Fargo/BlackRock Large Cap Value Index CIT

Wells Fargo/BlackRock Russell 2000 Index CIT

Wells Fargo/BlackRock S&P 500 Index CIT

Wells Fargo/BlackRock S&P MidCap Index CIT

Wells Fargo/BlackRock U.S. Aggregate Bond Index CIT

Wells Fargo/Causeway International Value CT

Wells Fargo/Dodge & Cox Intermediate Bond CIT

Wells Fargo/Federated Total Return Bond CIT

Wells Fargo/Galliard Ultra-Short Bond CIT

Wells Fargo/Lazard International Equity CIT

Wells Fargo/MFS Value CIT

Wells Fargo/Multi-Manager Small Cap CIT

Wells Fargo/SSGA Global Equity Index CIT

Wells Fargo/T. Rowe Price Institutional Equity Income Managed CIT

Wells Fargo/T. Rowe Price Institutional Large-Cap Growth Managed CIT

Welocalize Holdings Group, Inc.

Wesley at Windward Apartments, LLC

West 153 Owner LLC

West Hanover Urban Renewal, L.P.

West Oaks/Finlay Partners III, L.P.

West Valley Permanent Housing, LLC

Westcore Mammoth LLC

Western States Sub CDE, LLC

WestFin Insurance Agency, Inc.

Westminster Bond Senior Associates, LLC

Westport Apartments, L.P.

Wests Limited Partnership

Westville, Ltd.

Westwood Limited Partnership

Westwood Vistas GP, LLC

Westwood Vistas, A California Limited Partnership

December 1, 2015

**Wells Fargo Subsidiary**

WF Deferred Compensation Holdings, Inc.

WF Dynamo Stadium Investment Fund, LLC

WF Empire Alpharetta I, LLC

WF Empire Alpharetta II, LLC

WF Empire Dacula, LLC

WF Empire Lawrenceville, LLC

WF Empire Sandy Springs, LLC

WF Empire Snellville, LLC

WF Empire Stone Mountain, LLC

WF Enhanced Capital Oregon NMTC Investment Fund, LLC

WF Georgia Aquarium Investment Fund, LLC

WF Investment Holdings, LLC

WF Nussbaum Investment Fund, LLC

WF One Commerce Square Investment Fund, LLC

WF PCCP Co-Invest LLC

WF Penta Wind, LLC

WF Targhee Investment Fund, LLC

WF Western States Investment Fund, LLC

WF Wilkes-Barre YMCA Investment Fund, LLC

WFC Holdings Corporation

WFCIH Investment Fund III, LP

WF-DCC 2020, LLC

WF-DCC ADLA, LLC

WF-FB NLTX, LLC

WF-GCL I Solar Statutory Trust

WF-MLC ASDC, LLC

WFS Nokomis LLC

WF-SE-I SOLAR STATUTORY TRUST

WF-Somerset Street Investment Fund, LLC

WF-SPWR I SOLAR STATUTORY TRUST

WF-SUNE-CASCADE SOLAR STATUTORY TRUST

WF-SUNE-EPE SOLAR STATUTORY TRUST

WF-SUNE-ORION I SOLAR STATUTORY TRUST

WF-SUNE-ORION II SOLAR STATUTORY TRUST

WF-SUNE-SPS SOLAR STATUTORY TRUST

WF-SUNE-VEGA SOLAR STATUTORY TRUST

WF-SUNE-XII Solar Statutory Trust

Wheat First Butcher Singer Private Equity Fund, Limited Partnership

Wheels Exchange, LLC

Whippet Funding, LLC

Whisper Rock Limited Partnership

WIBC Aruba N.V.

WIH CDO, LLC

WIH Holdings

Wild SPV 2008-1, LLC

Wild SPV 2008-2, LLC

Wildcat Wind Farm I, LLC

William Blair Capital Partners VI, LP

Williams Landing II, Limited Partnership

Williams Landing Limited Partnership

Williams Pacific Associates, a California Limited Partnership

Willis Ave. Housing, L.P.

Willow Lake Associates, Ltd.

Willow Ridge Associates

Willow Run Apartments, L.P.

Willow Trace Limited Partnership

Wilshire Towers, LP

Wilson Fund SPC, Ltd.

Winchester REO, LLC

Wind Joint Venture LLC

Wind Point Partners IV, LP

Windsor Meadows Apartments II LLLP

WineAccess Holdings, Inc.

Winstar Resort II Holdings, LLC

Winstar V Holdings LLC

Winter Ridge Energy (non-convert)

Winter Ridge Energy, LLC

Witmer/Columbia Place, A California Limited Partnership

WLH 2008-1, LLC

WNC Institutional Tax Credit Fund X California Series 4, L.P.

WNC Institutional Tax Credit Fund XI, L.P.

WNT Futures ASP Fund, a series of Alternative Strategies Managed Futures & Commodities Platform, LLC

Women's Growth Capital Fund I, L.L.L.P.

Woodland Meadows Housing Partners, LLC

Woodrow Wilson Court LLC

Woods East Limited Partnership

World Mortgage Company

Worldwide Apparel Resources, Inc.

WPFC Asset Funding LLC

WSH Holdings, LTD

WTC Property Holdings, LLC

Yankton Heights Limited Partnership

York Multi-Strategy ASP Fund, a series of Alternative Strategies Platform, LLC

York Multi-Strategy II ASP Fund, a series of Alternative Strategies Platform, LLC

Yorktown Arms II L.P.

Yuanta Securities Investment Trust Co., Ltd.

Zumigo, Inc.